| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  YC Atlanta Hotel LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  84-3473967

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1418 Virginia Ave.<br>College Park, GA 30337 | 5851 S. Virginia Street<br>Reno, NV 89502 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 1

Debtor  **YC Atlanta Hotel LLC**_____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| Debtor | Relationship |
|---|---|
| _____ | _____ |

| District | When | Case number, if known |
|---|---|---|
| _____ | _____ | _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor  **YC Atlanta Hotel LLC** _____  Case number (*if known*)_____
     Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in** *this district?* | *Check all that apply:* |
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |     Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |        Contact name _____ |
| | |        Phone _____ |

■  **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | .  *Check one:* |
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **YC Atlanta Hotel LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 3, 2021**
MM / DD / YYYY

X **/s/ Baldev Johal**                                                   **Baldev Johal**
Signature of authorized representative of debtor                         Printed name

Title   **Managing Member and Authorized Party**

**18. Signature of attorney**

X **/s/ David L. Bury, Jr.**                                             Date **February 3, 2021**
Signature of attorney for debtor                                         MM / DD / YYYY

**David L. Bury, Jr. 133066**
Printed name

**Stone & Baxter, LLP**
Firm name

**577 Mulberry Street, Suite 800**
**Macon, GA 31201**
Number, Street, City, State & ZIP Code

Contact phone   **478-750-9898**     Email address   **dbury@stoneandbaxter.com**

**133066 GA**
Bar number and State

## JOINT RESOLUTION OF THE MEMBER AND MANAGING MEMBERS
## OF
## YC ATLANTA HOTEL LLC

The following joint action was taken by the Member and the appointed Managing Members of YC Atlanta Hotel LLC (the "**Company**") by this written consent to said action signed by the Member and the Managing Members of the Company, said action to have full force and effect as if adopted at a duly called and held special meeting.

WHEREAS, the undersigned believe that it is in the best interests of the Company for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia.

NOW THEREFORE, IT IS HEREBY RESOLVED,

That the Company file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia; and

That **BALDEV JOHAL**, on behalf of the Company, is hereby authorized to take such actions and to execute such instruments and documents as, in his sole and explicit discretion, may be necessary or desirable in connection with filing, administering, and completing the Chapter 11 case.

Dated: February 3, 2021.

**MEMBER**

YC FERNLEY HOTEL LLC

By: _____
    Balbir S. Gosal, Managing Member

By: /s/ Baldev Johal
    Baldev S. Johal, Managing Member

**MANAGING MEMBERS**

_____
Balbir S. Gosal

/s/ Baldev Johal
Baldev S. Johal

# JOINT RESOLUTION OF THE MEMBER AND MANAGING MEMBERS
## OF
## YC ATLANTA HOTEL LLC

The following joint action was taken by the Member and the appointed Managing Members of YC Atlanta Hotel LLC (the "**Company**") by this written consent to said action signed by the Member and the Managing Members of the Company, said action to have full force and effect as if adopted at a duly called and held special meeting.

WHEREAS, the undersigned believe that it is in the best interests of the Company for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia.

NOW THEREFORE, IT IS HEREBY RESOLVED,

That the Company file a Petition for Reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia; and

That **BALDEV JOHAL**, on behalf of the Company, is hereby authorized to take such actions and to execute such instruments and documents as, in his sole and explicit discretion, may be necessary or desirable in connection with filing, administering, and completing the Chapter 11 case.

Dated: February 3, 2021.

**MEMBER**

YC FERNLEY HOTEL LLC

By: _____
Balbir S. Gosal, Managing Member


By: _____
Baldev S. Johal, Managing Member

**MANAGING MEMBERS**

_____
Balbir S. Gosal


_____
Baldev S. Johal

G:\CLIENTS\YC Atlanta Hotel, LLC\Consent Minutes - YC Atlanta Hotel, LLC Chapter 11 Filing (TBN 1.28.21).doc

**Fill in this information to identify the case:**

Debtor name     YC Atlanta Hotel LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  3, 2021**         X **/s/ Baldev Johal**
                                              Signature of individual signing on behalf of debtor

                                              **Baldev Johal**
                                              Printed name

                                              **Managing Member and Authorized Party**
                                              Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **YC Atlanta Hotel LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Access Point Financial, LLC**  One Ravinia Drive  9th Floor  Atlanta, GA 30346 | | 1419 Virginia Ave College Park, GA 30337 | | $11,911,380.41 | Unknown | Unknown |
| **Allbridge**  6880 Perry Creek Road  Raleigh, NC 27616 | | Trade Payable | | | | $11,148.92 |
| **Atlanta Boiler & Mechanical**  3513 Lake City Industrial Court  Acworth, GA 30101 | | Trade Payable | | | | $632.40 |
| **Atlanta Office Technologies, Inc.**  5600 Oakbrook Parkway Suite 260  Norcross, GA 30093 | | Trade Payable | | | | $42.38 |
| **Cedric S. Bell**  46 Edwin Place  Atlanta, GA 30318 | | Employee Wages | | | | Unknown |
| **Choice Hotels International, Inc.**  6811 East Mayo Blvd  Suite 100  Phoenix, AZ 85054 | | Franchise Fees | | | | $86,144.13 |
| **City of College Park**  P.O. Box 87137  College Park, GA 30337 | | Property Tax | | | | $131,906.96 |
| **Comcast Business**  P.O. Box 71211  Charlotte, NC 28272-1211 | | Trade Payable | | | | $569.78 |

Debtor **YC Atlanta Hotel LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Daniel Melchor** 2854 Bonny Brook Dr SW Atlanta, GA 30311 | | **Employee Wages** | | | | **Unknown** |
| **Deborah E. Blalock** 3651 S La Brea Ave Los Angeles, CA 90016 | | **Employee Wages** | | | | **Unknown** |
| **Doris E. Smith** 5060 Deer Brook Trail Austell, GA 30106 | | **Employee Wages** | | | | **Unknown** |
| **Ecolab Inc.** P.O. Box 32027 New York, NY 10087 | | **Trade Payable** | | | | **$5,984.78** |
| **Ecolab Pest Elim. Div.** 26252 Network Place Chicago, IL 60673-1262 | | **Trade Payable** | | | | **$414.05** |
| **Fire Protection Services, LLC** 2030 Powers Ferry Road, #100 Atlanta, GA 30339 | | **Trade Payable** | | | | **$1,479.30** |
| **Gabriella L. Maston** 2447 Baxter Road Atlanta, GA 30315 | | **Employee Wages** | | | | **Unknown** |
| **Georgia Department of Labor Employer Accounts Section** 148 Andrew Young Intl. Blvd. Suite 850 Atlanta, GA 30303 | | **Taxes** | | | | **Unknown** |
| **Guest Supply** P.O. Box 6771 Somerset, NJ 08875 | | **Trade Payable** | | | | **$1,230.99** |
| **HD Supply Facilities Maitenance, Ltd.** P.O. Box 509058 San Diego, CA 92150 | | **Trade Payable** | | | | **$861.82** |
| **Transwest Capital, Inc.** Dept 3381 P.O. Box 123381 Dallas, TX 75312 | | **Payroll Provider** | | | | **$6,766.58** |
| **Wilson Pool Service** P.O. Box 712 Fairburn, GA 30213 | | **Trade Payable** | | | | **$390.00** |

# United States Bankruptcy Court
## Northern District of Georgia

In re **YC Atlanta Hotel LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **YC Fernley Hotel LLC**<br>**5851 S. Virginia Street**<br>**Reno, NV 89502** | | **100%** | **Membership** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Managing Member and Authorized Party** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 3, 2021**

Signature **/s/ Baldev Johal**
**Baldev Johal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re: **YC Atlanta Hotel LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member and Authorized Party of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 3, 2021**

**/s/ Baldev Johal**
**Baldev Johal**/**Managing Member and Authorized Party**
Signer/Title

Access Point Financial, LLC
One Ravinia Drive
9th Floor
Atlanta, GA 30346


Allbridge
6880 Perry Creek Road
Raleigh, NC 27616


Allbridge
P.O. Box 638671
Cincinnati, OH 45263


Atlanta Boiler & Mechanical
3513 Lake City Industrial Court
Acworth, GA 30101


Atlanta Office Technologies, Inc.
5600 Oakbrook Parkway Suite 260
Norcross, GA 30093


Balbir Gosal
5851 S. Virginia Street
Reno, NV 89502


Baldev Johal
5851 S. Virginia Street
Reno, NV 89502


Bulk TV & Internet
P.O. Box 99129
Raleigh, NC 27624


Cedric S. Bell
46 Edwin Place
Atlanta, GA 30318

```
Choice Hotels International, Inc.
6811 East Mayo Blvd
Suite 100
Phoenix, AZ 85054



City of College Park
P.O. Box 87137
College Park, GA 30337



Comcast Business
P.O. Box 71211
Charlotte, NC 28272-1211



Daniel Melchor
2854 Bonny Brook Dr SW
Atlanta, GA 30311



Deborah E. Blalock
3651 S La Brea Ave
Los Angeles, CA 90016



Doris E. Smith
5060 Deer Brook Trail
Austell, GA 30106



Ecolab Inc.
P.O. Box 32027
New York, NY 10087



Ecolab Pest Elim. Div.
26252 Network Place
Chicago, IL 60673-1262



Fire Protection Services, LLC
2030 Powers Ferry Road, #100
Atlanta, GA 30339
```

Gabriella L. Maston
2447 Baxter Road
Atlanta, GA 30315


Georgia Department of Labor
Employer Accounts Section
148 Andrew Young Intl. Blvd. Suite 850
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division-ARCS Bankruptcy
1800 Century Blvd NE Suite 9100
Atlanta, GA 30345


Gerod A. Mackenzie
4430 Kimball Rd
Atlanta, GA 30331


Guest Supply
P.O. Box 6771
Somerset, NJ 08875


HD Supply Facilities Maitenance, Ltd.
P.O. Box 509058
San Diego, CA 92150


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Ionie S. Tatum
6428 Church St #51
Riverdale, GA 30274


Itavis Tatum
6428 Church St #51
Riverdale, GA 30274

Jason A. Weir
1005 Augusta Drive
Marietta, GA 30067


Jonita J. Suggs
1302 Southlake Cove Ct
Jonesboro, GA 30236


Jose Flores
3393 Old Jonesboro Road
Atlanta, GA 30354


Julio Cisneros
3144 Harris Drive
East Point, GA 30334


Juwann T. Johnson
5470 Riverside Road Apt N8
Atlanta, GA 30349


La Fiesta Restaurant
1419 Virginia Ave
College Park, GA 30337


Latecia N. Latimore
4430 Kimball Rd
Atlanta, GA 30331


Latonya S. Ogletree
2909 Cambellton Rd SW Apt 35-F
Atlanta, GA 30311


Lechelle L. Masters
401 Brunswick Square Apt A
Jonesboro, GA 30236

Luis Sanchez
6605 Chesepeake Trail
Rex, GA 30273



Maureen and Tyler Eckert
1625 Yukon Ct
Atlanta, GA 30349



Michelle Y. Harris
3354 Haschel Road
Atlanta, GA 30337



Missy D. Sexton
2367 Cascade Rd E-18
Atlanta, GA 30311



Ondina Veloz
5002 Barrington Village Way
Union City, GA 30291



Ranjit Johal
5851 S. Virginia Street
Reno, NV 89502



Robert W. Graham
2250 Ellison Lakes Dr Apt 823
Kennesaw, GA 30152



Rufus C. Anderson
5408 Pinevalley Drive
Union City, GA 30291



Sedric D. Maston
2798 Peek Road #724
Atlanta, GA 30318

```
Small Business Administation
233 Peachtree St, NE
Suite 1900
Atlanta, GA 30303



Sydell Clark
585 McWilliams Road SE Unit 2004
Atlanta, GA 30315



Transwest Capital, Inc.
Dept 3381
P.O. Box 123381
Dallas, TX 75312



Wilson Pool Service
P.O. Box 712
Fairburn, GA 30213



Winston P. Barnett
850 Mt. Zion Road Apt FF16
Jonesboro, GA 30236



YC Fernley Hotel LLC
5851 S. Virginia Street
Reno, NV 89502



Yolanda M. Pippins
46 Edwin Place
Atlanta, GA 30318
```

# United States Bankruptcy Court
## Northern District of Georgia

In re: **YC Atlanta Hotel LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **YC Atlanta Hotel LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

YC Fernley Hotel LLC
5851 S. Virginia Street
Reno, NV 89502

☐ None [*Check if applicable*]

**February 3, 2021**
Date

**/s/ David L. Bury, Jr.**
**David L. Bury, Jr. 133066**
Signature of Attorney or Litigant
Counsel for **YC Atlanta Hotel LLC**
**Stone & Baxter, LLP**
**577 Mulberry Street, Suite 800**
**Macon, GA 31201**
**478-750-9898 Fax:478-750-9899**
**dbury@stoneandbaxter.com**