**Fill in this information to identify the case:**

Debtor name    **YC Atlanta Hotel LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **21-50964**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 26, 2021**          X **/s/ Baldev Johal**
                                             Signature of individual signing on behalf of debtor

                                             **Baldev Johal**
                                             Printed name

                                             **Managing Member and Authorized Party**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **YC Atlanta Hotel LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **21-50964**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................    $    **11,801,200.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $    **82,311.69**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $    **11,883,511.69**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **10,373,961.67**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **59,503.48**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **268,007.46**

4. Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b    $    **10,701,472.61**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **YC Atlanta Hotel LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **21-50964** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.      **Cash on hand** | | | **Unknown** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **7841** | **$52,532.49** |
| 3.2. | **Wells Fargo** | **Petty Cash** | **2130** | **$652.80** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

| | |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$53,185.29** |

### Part 2:        Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:        Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| Debtor | **YC Atlanta Hotel LLC** | Case number *(If known)* **21-50964** |
|---|---|---|
| | Name | |

**11.**    **Accounts receivable**

11a. 90 days old or less:     **7,239.62**    -    **0.00** = ....     **$7,239.62**

        face amount        doubtful or uncollectible accounts

11b. Over 90 days old:     **21,886.78**    -    **0.00** = ....     **$21,886.78**

        face amount        doubtful or uncollectible accounts

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$29,126.40**

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Two 2016 Ford Transit Vans** | **Unknown** | | **Unknown** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

---

| Debtor | **YC Atlanta Hotel LLC** | Case number *(If known)* **21-50964** |
|---|---|---|
| | Name | |

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Room furniture, office furniture, copmuters, phone system, dining room, pool equipment, kitchen equipment, security equipment, and laundry room equipment (No tax records available; to be valued by Debtor's appraiser)**    Unknown    N/A    Unknown

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.    **$0.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1419 Virginia Ave. College Park, GA 30337 (amount shown is most recent tax value)** | Fee simple | Unknown | Tax records | $11,801,200.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.    **$11,801,200.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **YC Atlanta Hotel LLC** | Case number *(If known)* **21-50964** |
|---|---|---|
| | Name | |

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties**<br>Choice Hotel Franchise - Clarion | Unknown | | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **YC Atlanta Hotel LLC**                                                    Case number *(If known)* **21-50964**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $53,185.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $29,126.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................................> | | $11,801,200.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $82,311.69 | + 91b. $11,801,200.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,883,511.69 |

**Fill in this information to identify the case:**

Debtor name **YC Atlanta Hotel LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **21-50964**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Access Point Financial, LLC** <br> Creditor's Name <br> **One Ravinia Drive** <br> **9th Floor** <br> **Atlanta, GA 30346** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> **Alleged Security Interest in all of the Debtor's Assets** | **$10,223,961.67** | **Unknown** |

Creditor's email address, if known

Describe the lien
**Alleged Senior Security Interest in Debtor's Real and Personal Property**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/15/2019**

**Last 4 digits of account number**
**3427**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Access Point Financial, LLC**
**2. Small Business Administration**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| **2.2** **Small Business Administration** <br> Creditor's Name <br> **233 Peachtree St, NE** <br> **Suite 1900** <br> **Atlanta, GA 30303** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien <br> **Alleged Junior Security Interest in Certain of the Debtor's Personal Property** | **$150,000.00** | **Unknown** |

Describe the lien
**Alleged Junior Security Interest in Debtor's Personal Property**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?

Creditor's email address, if known

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | YC Atlanta Hotel LLC | | Case number (if known) | 21-50964 |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**05/25/2020**

**Last 4 digits of account number**
**7806**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $10,373,961.67 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **YC Atlanta Hotel LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **21-50964** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**April D. Price**<br>**140 Pine Street NE**<br>**Atlanta, GA 30308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $363.73 | $363.73 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Brishonne D. Boyce**<br>**105 Squirrel Way**<br>**College Park, GA 30349** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $211.17 | $211.17 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address
**City of College Park**
P.O. Box 87137
College Park, GA 30337

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Potential Property Tax Liabilities**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Dajah F. Lindsey**
6770 Buffington Road
Apartment 3204
Union City, GA 30291

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$226.33    $226.33

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Daniel Melchor**
2854 Bonny Brook Dr SW
Atlanta, GA 30311

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,929.60    $1,929.60

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**Deborah E. Blalock**
3651 S La Brea Ave
Los Angeles, CA 90016

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$318.48    $318.48

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **YC Atlanta Hotel LLC** | Case number *(if known)* | **21-50964** |
|---|---|---|---|
| | Name | | |

---

**2.7** | Priority creditor's name and mailing address
**Dorian D. Avery**
**2438 Dodson Drive**
**Atlanta, GA 30344**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00    $90.00

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**Doris E. Smith**
**5060 Deer Brook Trail**
**Austell, GA 30106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$152.50    $152.50

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
**Genita R. Brown**
**2064 Edgemore Drive SE**
**Atlanta, GA 30316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$567.87    $567.87

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
**Georgia Department of Labor**
**Employer Accounts Section**
**148 Andrew Young Intl. Blvd. Suite 850**
**Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Potential Tax Liabilities**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,104.62 | $4,104.62 |
|---|---|---|---|---|
| | **Georgia Department of Revenue Compliance Division-ARCS Bankruptcy**<br>**1800 Century Blvd NE Suite 9100**<br>**Atlanta, GA 30345** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Alleged 2020 Withholding Tax Liabilities** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $488.15 | $488.15 |
|---|---|---|---|---|
| | **Gerod A. Mackenzie**<br>**4430 Kimball Rd**<br>**Atlanta, GA 30331** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,497.00 | $37,497.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>PO Box 7346<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Alleged Estimated 2020 FICA/FUTA Tax Liabilities** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.04 | $148.04 |
|---|---|---|---|---|
| | **Ionie S. Tatum**<br>**6428 Church St #51**<br>**Riverdale, GA 30274** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **YC Atlanta Hotel LLC** | Case number (if known) | **21-50964** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,072.80 | $1,072.80 |
|---|---|---|---|---|
| | **Itavis Tatum**<br>**6428 Church St #51**<br>**Riverdale, GA 30274** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,730.77 | $1,730.77 |
|---|---|---|---|---|
| | **Jason A. Weir**<br>**1005 Augusta Drive**<br>**Marietta, GA 30067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $941.97 | $941.97 |
|---|---|---|---|---|
| | **Jonita J. Suggs**<br>**1302 Southlake Cove Ct**<br>**Jonesboro, GA 30236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,261.97 | $1,261.97 |
|---|---|---|---|---|
| | **Jose Flores**<br>**3393 Old Jonesboro Road**<br>**Atlanta, GA 30354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **YC Atlanta Hotel LLC** | Case number *(if known)* | **21-50964** |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,277.60 | $1,277.60 |
|---|---|---|---|---|

**Julio Cisneros**
**3144 Harris Drive**
**East Point, GA 30334**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.15 | $590.15 |
|---|---|---|---|---|

**Juwann T. Johnson**
**5470 Riverside Road Apt N8**
**Atlanta, GA 30349**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.00 | $236.00 |
|---|---|---|---|---|

**Keyerra D. Dunbar**
**2661 Beeler Drive**
**Apartmern 11**
**Atlanta, GA 30315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,059.03 | $1,059.03 |
|---|---|---|---|---|

**Latecia N. Latimore**
**4430 Kimball Rd**
**Atlanta, GA 30331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Employee Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **YC Atlanta Hotel LLC** | Case number (if known) | **21-50964** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.00 | $294.00 |
|---|---|---|---|---|

**Lechelle L. Masters**
**401 Brunswick Square Apt A**
**Jonesboro, GA 30236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $717.38 | $717.38 |
|---|---|---|---|---|

**Michelle Y. Harris**
**3354 Haschel Road**
**Atlanta, GA 30337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.00 | $92.00 |
|---|---|---|---|---|

**Ondina Veloz**
**5002 Barrington Village Way**
**Union City, GA 30291**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $438.00 | $438.00 |
|---|---|---|---|---|

**Robert W. Graham**
**2250 Ellison Lakes Dr Apt 823**
**Kennesaw, GA 30152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **YC Atlanta Hotel LLC** | Case number (*if known*) | **21-50964** |
|---|---|---|---|

Name

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,027.37 | $1,027.37 |
|---|---|---|---|---|

**Rufus C. Anderson**
**5408 Pinevalley Drive**
**Union City, GA 30291**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $709.17 | $709.17 |
|---|---|---|---|---|

**Sedric D. Maston**
**2798 Peek Road #724**
**Atlanta, GA 30318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $541.03 | $541.03 |
|---|---|---|---|---|

**Sydell Clark**
**585 McWilliams Road SE Unit 2004**
**Atlanta, GA 30315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,416.75 | $1,416.75 |
|---|---|---|---|---|

**Yolanda M. Pippins**
**46 Edwin Place**
**Atlanta, GA 30318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | YC Atlanta Hotel LLC | | Case number (if known) | 21-50964 |
|---|---|---|---|---|
| | Name | | | |

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,635.45 |
|---|---|---|
| Allbridge<br>6880 Perry Creek Road<br>Raleigh, NC 27616 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Payable** | |
| Last 4 digits of account number **8393** | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.08 |
|---|---|---|
| American Hotel Register Company<br>c/o Robert W. Baker<br>100 S Milwaukee Avenue<br>Vernon Hills, IL 60061 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Payable** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632.40 |
|---|---|---|
| Atlanta Boiler & Mechanical<br>3513 Lake City Industrial Court<br>Acworth, GA 30101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Payable** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,717.00 |
|---|---|---|
| Baldev Johal<br>5581 S. Virginia Street<br>Reno, NV 89502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Unsecured Loan** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,868.11 |
|---|---|---|
| BluIP, Inc.<br>c/o Armen Martirosyan<br>410 S. Rampart Blvd, Suite 460<br>Las Vegas, NV 89145 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Internet Provider** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,979.62 |
|---|---|---|
| Booking.com<br>5295 Paysphere Circle<br>Chicago, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Payable** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114,654.91 |
|---|---|---|
| Choice Hotels International, Inc.<br>6811 East Mayo Blvd<br>Suite 100<br>Phoenix, AZ 85054 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Franchise Fees** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **YC Atlanta Hotel LLC**
_____
Name

Case number (if known)   **21-50964**
_____

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,539.60 |
|---|---|---|---|

**City of College Park**
P.O. Box 87137
**College Park, GA 30337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utility Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $569.78 |
|---|---|---|---|

**Comcast Business**
P.O. Box 71211
**Charlotte, NC 28272-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4919**

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Diversified Repair, LLC**
c/o Kelvin B. Metcalf
**1769 Hearthstone Way**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,814.17 |
|---|---|---|---|

**Ecolab Inc.**
P.O. Box 32027
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,507.95 |
|---|---|---|---|

**Ecolab Pest Elim. Div.**
26252 Network Place
**Chicago, IL 60673-1262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.50 |
|---|---|---|---|

**Federal Express**
P.O. Box 1140
**Memphis, TN 38101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,297.28 |
|---|---|---|---|

**Ferguson Enterprises, LLC**
c/o Corporate Creations Network, Inc.
**2985 Gordy Parkway, 1st Floor**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address

**Fire Protection Services, LLC**
2030 Powers Ferry Road, #100
Atlanta, GA 30339

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$1,479.30**

---

**3.16** | Nonpriority creditor's name and mailing address

**Fulton County Board of Health**
141 Pryor Street W
Atlanta, GA 30303

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Health Service Fee**

Is the claim subject to offset? ■ No ☐ Yes

**$888.00**

---

**3.17** | Nonpriority creditor's name and mailing address

**Georgia Department of Revenue**
Compliance Division
1800 Century BLVD NE, Suite 9100
Atlanta, GA 30345

Date(s) debt was incurred  12/31/2020

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Alleged 2020 Withholding Tax Liabilities**

Is the claim subject to offset? ■ No ☐ Yes

**$422.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**Georgia Natural Gas**
PO Box 105445
Atlanta, GA 30348-5445

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$8,302.74**

---

**3.19** | Nonpriority creditor's name and mailing address

**Guest Supply**
P.O. Box 6771
Somerset, NJ 08875

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$3,105.71**

---

**3.20** | Nonpriority creditor's name and mailing address

**HD Supply Facilities Maintenance, Ltd.**
P.O. Box 509058
San Diego, CA 92150

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,247.05**

---

**3.21** | Nonpriority creditor's name and mailing address

**Impero Technologies, Inc.**
P.O. Box 50834
Palo Alto, CA 91303

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ■ No ☐ Yes

**$2,477.22**

---

| Debtor | YC Atlanta Hotel LLC | Case number *(if known)* | **21-50964** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
P.O. Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  12/31/20

**Basis for the claim:**  Alleged Estimated 2020 Partnership Tax Liabilities

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Jimmy Hutchins**
4445 Blackbirch Lane
Decatur, GA 30034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,658.21** |
|---|---|---|---|

**Latrobe Management Services**
P.O. Box 363851
San Juan, PR 00936-3851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Accounting Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$215.50** |
|---|---|---|---|

**Nixon Power Services, LLC**
c/o C T Corporation System
289 S Culver Street
Lawrenceville, GA 30046-4805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,198.18** |
|---|---|---|---|

**Salto Systems, Inc.**
c/o John Grecco
1780 Corporate Drive, Suite 400
Norcross, GA 30093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$680.98** |
|---|---|---|---|

**ScentAir Technologies, LLC**
3810 Shutterfly Road
Suite 900
Charlotte, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |
|---|---|---|---|

**Swauger Consulting Services**
48 Wildlife Trail
Mc Henry, MD 21541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade Payable

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **YC Atlanta Hotel LLC**
_____
Name

Case number (if known)    **21-50964**

| | |
|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address** |

**Sysco Atlanta, LLC**
**2225 Riverdale Road**
**Atlanta, GA 30337**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☑ No ☐ Yes

$1,837.53

---

| | |
|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** |

**The Kishan Group**
**5851 South Virginia Street**
**Reno, NV 89502**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Payments owed for use of accounts**

Is the claim subject to offset? ☑ No ☐ Yes

$1,543.48

---

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** |

**thyssenkrupp Elevator Corporation**
**P.O. Box 3796**
**Carol Stream, IL 60132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☑ No ☐ Yes

$2,039.75

---

| | |
|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** |

**Transwest Capital, Inc.**
**Dept 3381**
**P.O. Box 123381**
**Dallas, TX 75312**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Housekeeping Services**

Is the claim subject to offset? ☑ No ☐ Yes

$13,360.96

---

| | |
|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** |

**Wilson Pool Service**
**P.O. Box 712**
**Fairburn, GA 30213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset? ☑ No ☐ Yes

$390.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.    $ | 59,503.48 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 268,007.46 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.    $ | 327,510.94 |

**Fill in this information to identify the case:**

Debtor name **YC Atlanta Hotel LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **21-50964**

☐ Check if this is an
amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **TV Services and Equipment; Video Programming** | |
| State the term remaining **Month to Month** | **Allbridge** |
| List the contract number of any government contract | **P.O. Box 638671** **Cincinnati, OH 45263** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Franchise agreement** | |
| State the term remaining **19 years** | **Choice Hotels International** **6811 East Mayo Blvd** |
| List the contract number of any government contract | **Suite 100** **Phoenix, AZ 85054** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Tenant** | |
| State the term remaining **Month to Month** | **La Fiesta Restaurant** |
| List the contract number of any government contract | **1419 Virginia Ave** **College Park, GA 30337** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Contract for Housekeeping Services** | |
| State the term remaining **Month to Month** | **Transwest Capital, Inc.** **Dept 3381** |
| List the contract number of any government contract | **P.O. Box 123381** **Dallas, TX 75312** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **YC Atlanta Hotel LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **21-50964** |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Balbir Gosal** | **5851 S. Virginia Street Reno, NV 89502** | **Access Point Financial, LLC** | ☑ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 **Baldev Johal** | **5851 S. Virginia Street Reno, NV 89502** | **Access Point Financial, LLC** | ☑ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 **Ranjit Johal** | **5851 S. Virginia Street Reno, NV 89502** | **Access Point Financial, LLC** | ☑ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 **Balbir Gosal** | **5851 S. Virginia Street Reno, NV 89502** | **Choice Hotels International** | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G __2.2__ |
| 2.5 **Baldev Johal** | **5851 S. Virginia Street Reno, NV 89502** | **Choice Hotels International** | ☐ D ____ <br> ☐ E/F ____ <br> ☑ G __2.2__ |

| Debtor | **YC Atlanta Hotel LLC** | Case number *(if known)* | **21-50964** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.6 | **Ranjit Johal** | **5851 S. Virginia Street**<br>**Reno, NV 89502** | **Choice Hotels**<br>**International** | ☐ D _____<br>☐ E/F _____<br>■ G __**2.2**__ |

| Fill in this information to identify the case: |
|---|

Debtor name **YC Atlanta Hotel LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **21-50964**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,227,355.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other **Rental Income** | **$139,272.42** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$179,922.84** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other **Rental Income** | **$20,508.33** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | YC Atlanta Hotel LLC | | Case number *(if known)* | 21-50964 |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Guest Supply**<br>P.O. Box 6771<br>Somerset, NJ 08875 | 11/6/2020;<br>11/24/2020 | $8,907.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Latrobe Management Services**<br>P.O. Box 363851<br>San Juan, PR 00936-3851 | 11/12/2020;<br>12/08/2020 | $21,760.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Transwest Capital, Inc.**<br>Dept 3381<br>P.O. Box 123381<br>Dallas, TX 75312 | 11/19/2020;<br>12/03/2020;<br>12/10/2020;<br>1/11/2020; | $18,249.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **City of College Park**<br>P.O. Box 87137<br>College Park, GA 30337 | 11/20/2020;<br>12/30/2020;<br>1/20/2020; | $75,330.32 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Intuit, Inc - Quickbooks**<br>c/o Corporation Service Company<br>40 Technology Parkway South<br>Suite 300<br>Norcross, GA 30092 | 11/05/2020;<br>11/19/2020;<br>12/03/2020;<br>12/17/2020;<br>12/30/2020;<br>1/14/2021;<br>1/28/2021 | $96,250.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **American Express**<br>PO Box 650448<br>Dallas, TX 75265 | 11/09/2020;<br>11/10/2020;<br>12/04/2020;<br>1/08/2021 | $28,931.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card Payment** |
| 3.7. **Home Depot**<br>P. O. Box 105980<br>Dept. 51<br>Atlanta, GA 30353-5980 | 11/09/2020;<br>12/07/2020;<br>1/11/2021 | $40,621.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card Payment** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **YC Atlanta Hotel LLC**                                                        Case number *(if known)*  **21-50964**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  **Booking.com**<br>**5295 Paysphere Circle**<br>**Chicago, IL 60674** | **11/17/2020;**<br>**1/12/2021** | **$37,755.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9.  **Georgia Department of Revenue**<br>**Compliance Division**<br>**ARCS - Bankruptcy**<br>**1800 Century BLVD NE, Suite 9100**<br>**Atlanta, GA 30345** | **11/18/2020;**<br>**12/18/2020;**<br>**1/22/2021;**<br>**1/29/2021** | **$59,315.35** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.10.  **City of College Park**<br>**P.O. Box 87137**<br>**College Park, GA 30337** | **11/18/2020;**<br>**12/18/2020;**<br>**1/22/2021** | **$29,486.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11.  **Sysco Atlanta, LLC**<br>**2225 Riverdale Road**<br>**Atlanta, GA 30337** | **11/19/2020;**<br>**12/16/2020;**<br>**1/05/2021;1/2**<br>**0/2021;**<br>**1/29/2021** | **$9,087.16** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.  **Stone & Baxter, LLP**<br>**577 Mulberry Street**<br>**Suite 800**<br>**Macon, GA 31201** | **12/10/2020;**<br>**12/31/2020;**<br>**1/15/2020;**<br>**2/3/2021** | **$13,343.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.13.  **LM General Insurance Company**<br>**P.O. Box 515097**<br>**Los Angeles, CA 90051-5097** | **1/04/2021** | **$32,628.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.14.  **Choice Hotels International**<br>**6811 East Mayo Blvd**<br>**Suite 100**<br>**Phoenix, AZ 85054** | **1/26/2021;**<br>**1/28/2021** | **$33,985.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Franchise Agreement Payments** |
| 3.15.  **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **1/29/2021** | **$16,243.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |

| Debtor | **YC Atlanta Hotel LLC** | | | Case number *(if known)* **21-50964** |
|---|---|---|---|---|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Latrobe Management Services, LLC**<br>**P.O. Box 363851**<br>**San Juan, PR 00936-3851**<br>**Likely Insider/Affiliate** | **2/29/2020;<br>3/31/2020;<br>4/30/2020;<br>5/31/2020;<br>6/30/2020;<br>7/31/2020;<br>8/31/2020;<br>9/30/2020;<br>10/31/2020;<br>11/30/2020;<br>12/31/2020;<br>1/31/2021** | **$117,130.39** | **Management and accounting services** |
| 4.2. **The Kishan Group**<br>**5851 South Virginia Street**<br>**Reno, NV 89502**<br>**Affiliate/Insider** | **Various** | **$253,097.76** | **Insider extended credit to Debtor for ordinary course purchases via its accounts with vendors, which vendors (including credit card companies) Debtor would pay directly.** |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | YC Atlanta Hotel LLC | Case number *(if known)* | 21-50964 |
|---|---|---|---|

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stone & Baxter, LLP<br>577 Mulberry Street<br>Suite 800<br>Macon, GA 31201** | | **11/24/2020;<br>02/02/2021** | **$51,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **GGG Partners, LLC<br>3155 Roswell Road NW, Suite 120<br>Atlanta, GA 30305** | | **9/17/2020;<br>12/01/2020;<br>12/10/2020;<br>01/09/2021** | **$4,462.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | YC Atlanta Hotel LLC | | | Case number *(if known)* | 21-50964 |
|---|---|---|---|---|---|

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **It is possible that the Debtor has personally identifiable information of its lodging customers at some point in the customer relationship.**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

| Debtor | YC Atlanta Hotel LLC | Case number *(if known)* 21-50964 |
|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | YC Atlanta Hotel LLC | Case number *(if known)* 21-50964 |
|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Latrobe Management Services<br>P.O. Box 353851<br>San Juan, PR 00936** | **November<br>2019-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Swensen & Company, CPA<br>P.O. Box 410<br>Winnemucca, NV 89446** | **November<br>2019-Current** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.    **Latrobe Management Services<br>P.O. Box 363851<br>San Juan, PR 00936** | **November<br>2019-Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Latrobe Management Services<br>P.O. Box 363851<br>San Juan, PR 00936** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **YC Atlanta Hotel LLC**                                                      Case number *(if known)*   **21-50964**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.    **Swenson & Company, CPA**<br>**P.O. Box 410**<br>**Winnemucca, NV 89446** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Access Point Financial, LLC**<br>**1 Ravinia Drive**<br>**9th Floor**<br>**Atlanta, GA 30546** |
| 26d.2.    **Small Business Administration**<br>**233 Peachtree St, NE**<br>**Suite 1900**<br>**Atlanta, GA 30303** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Balbir Gosal** | **5851 S. Virginia Street**<br>**Reno, NV 89502** | **Managing Member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Baldev Johal** | **5581 S. Virginia Street**<br>**Reno, NV 89502** | **Managing Member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **YC Fernley Hotel LLC** | **5851 S. Virginia Street**<br>**Reno, NV 89502** | **Member** | **100** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **YC Atlanta Hotel LLC**                                    Case number (if known)  **21-50964**

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Latrobe Management Services**<br>**P.O. Box 363851**<br>**San Juan, PR 00936** | **$117,130.39** | **2/29/2020; 3/31/2020; 4/30/2020; 5/31/2020; 6/30/2020; 7/31/2020; 8/31/2020; 9/30/2020; 10/31/2020; 11/30/2020; 12/31/2020; 1/31/2021** | **Payment for management and accounting services provided. See also Question #4.** |
| | **Relationship to debtor**<br>**Likely Insider/Affiliate** | | | |
| 30.2. | **The Kishan Group**<br>**5851 South Virginia Street**<br>**Reno, NV 89502** | **$253,097.76** | **Various** | **Insider extended credit to Debtor for ordinary course purchases via its accounts with vendors, which vendors (including credit card companies) Debtor would pay directly. See also Question #4.** |
| | **Relationship to debtor**<br>**Affiliate/Insider** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **YC Fernley Hotel LLC** | **EIN:    ***6614** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **YC Atlanta Hotel LLC**                                    Case number *(if known)*    **21-50964**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 26, 2021**

**/s/ Baldev Johal**                                      **Baldev Johal**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member and Authorized Party**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Georgia

In re    **YC Atlanta Hotel LLC**                                    Case No.    **21-50964**
                                                Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................................    $              **49,979.00**

    Prior to the filing of this statement I have received ......................................    $              **49,979.00**

    Balance Due ...........................................................................................    $                    **0.00**

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐  Debtor    ■  Other (specify):    **Debtor deposited $25,000.00 with Stone & Baxter, LLP on 11/24/2020 and
    $26,717.00 with Stone & Baxter, LLP on 2/02/2021; on or before the 2/03/2021
    petition date, Stone & Baxter, LLP applied $1,738.00 of those amounts to the
    filing fee and $13,343.48 to fees and expenses, leaving $38,373.52 in trust**

4.  The source of compensation to be paid to me is:

    ☐  Debtor    ■  Other (specify):    **To be paid by the Debtor pursuant to the engagemeent letter from Stone &
    Baxter, LLP attached to the Application to Employ.**

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **See engagement letter from Stone & Baxter, LLP attached to Application to Employ**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **See engagement letter from Stone & Baxter, LLP attached to Application to Employ**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February 26, 2021**                                    **/s/ David L. Bury, Jr.**
*Date*                                                    **David L. Bury, Jr. 133066**
                                                        *Signature of Attorney*
                                                        **Stone & Baxter, LLP**
                                                        **577 Mulberry Street, Suite 800**
                                                        **Macon, GA 31201**
                                                        **478-750-9898  Fax: 478-750-9899**
                                                        **dbury@stoneandbaxter.com**
                                                        *Name of law firm*

---

**United States Bankruptcy Court**
**Northern District of Georgia**

In re __YC Atlanta Hotel LLC_____        Case No. __21-50964____

_____Debtor(s)                                  Chapter __11____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member and Authorized Party of the corporation named as the debtor in this case, hereby verify that the attached list

of creditors is true and correct to the best of my knowledge.

Date:  __February 26, 2021_____          __/s/ Baldev Johal_____
                                                **Baldev Johal**/Managing Member and Authorized Party
                                                Signer/Title

Access Point Financial, LLC
One Ravinia Drive
9th Floor
Atlanta, GA 30346


Allbridge
6880 Perry Creek Road
Raleigh, NC 27616


Allbridge
P.O. Box 638671
Cincinnati, OH 45263


American Hotel Register Company
c/o Robert W. Baker
100 S Milwaukee Avenue
Vernon Hills, IL 60061


April D. Price
140 Pine Street NE
Atlanta, GA 30308


Atlanta Boiler & Mechanical
3513 Lake City Industrial Court
Acworth, GA 30101


Balbir Gosal
5851 S. Virginia Street
Reno, NV 89502


Baldev Johal
5581 S. Virginia Street
Reno, NV 89502


Baldev Johal
5851 S. Virginia Street
Reno, NV 89502

```
BluIP, Inc.
c/o Armen Martirosyan
410 S. Rampart Blvd, Suite 460
Las Vegas, NV 89145


Booking.com
5295 Paysphere Circle
Chicago, IL 60674


Brishonne D. Boyce
105 Squirrel Way
College Park, GA 30349


Choice Hotels International
6811 East Mayo Blvd
Suite 100
Phoenix, AZ 85054


Choice Hotels International, Inc.
6811 East Mayo Blvd
Suite 100
Phoenix, AZ 85054


City of College Park
P.O. Box 87137
College Park, GA 30337


Comcast Business
P.O. Box 71211
Charlotte, NC 28272-1211


Dajah F. Lindsey
6770 Buffington Road
Apartment 3204
Union City, GA 30291


Daniel Melchor
2854 Bonny Brook Dr SW
Atlanta, GA 30311
```

Deborah E. Blalock
3651 S La Brea Ave
Los Angeles, CA 90016


Diversified Repair, LLC
c/o Kelvin B. Metcalf
1769 Hearthstone Way
Atlanta, GA 30326


Dorian D. Avery
2438 Dodson Drive
Atlanta, GA 30344


Doris E. Smith
5060 Deer Brook Trail
Austell, GA 30106


Ecolab Inc.
P.O. Box 32027
New York, NY 10087


Ecolab Pest Elim. Div.
26252 Network Place
Chicago, IL 60673-1262


Federal Express
P.O. Box 1140
Memphis, TN 38101


Ferguson Enterprises, LLC
c/o Corporate Creations Network, Inc.
2985 Gordy Parkway, 1st Floor
Marietta, GA 30066


Fire Protection Services, LLC
2030 Powers Ferry Road, #100
Atlanta, GA 30339

```
Fulton County Board of Health
141 Pryor Street W
Atlanta, GA 30303


Genita R. Brown
2064 Edgemore Drive SE
Atlanta, GA 30316


Georgia Department of Labor
Employer Accounts Section
148 Andrew Young Intl. Blvd. Suite 850
Atlanta, GA 30303


Georgia Department of Revenue
Compliance Division-ARCS Bankruptcy
1800 Century Blvd NE Suite 9100
Atlanta, GA 30345


Georgia Department of Revenue
Compliance Division
1800 Century BLVD NE, Suite 9100
Atlanta, GA 30345


Georgia Natural Gas
PO Box 105445
Atlanta, GA 30348-5445


Gerod A. Mackenzie
4430 Kimball Rd
Atlanta, GA 30331


Guest Supply
P.O. Box 6771
Somerset, NJ 08875


HD Supply Facilities Maitenance, Ltd.
P.O. Box 509058
San Diego, CA 92150
```

```
Impero Technologies, Inc.
P.O. Box 50834
Palo Alto, CA 91303


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Ionie S. Tatum
6428 Church St #51
Riverdale, GA 30274


Itavis Tatum
6428 Church St #51
Riverdale, GA 30274


Jason A. Weir
1005 Augusta Drive
Marietta, GA 30067


Jimmy Hutchins
4445 Blackbirch Lane
Decatur, GA 30034


Jonita J. Suggs
1302 Southlake Cove Ct
Jonesboro, GA 30236


Jose Flores
3393 Old Jonesboro Road
Atlanta, GA 30354
```

```
Julio Cisneros
3144 Harris Drive
East Point, GA 30334



Juwann T. Johnson
5470 Riverside Road Apt N8
Atlanta, GA 30349



Keyerra D. Dunbar
2661 Beeler Drive
Apartmern 11
Atlanta, GA 30315



La Fiesta Restaurant
1419 Virginia Ave
College Park, GA 30337



Latecia N. Latimore
4430 Kimball Rd
Atlanta, GA 30331



Latrobe Management Services
P.O. Box 363851
San Juan, PR 00936-3851



Lechelle L. Masters
401 Brunswick Square Apt A
Jonesboro, GA 30236



Michelle Y. Harris
3354 Haschel Road
Atlanta, GA 30337



Nixon Power Services, LLC
c/o C T Corporation System
289 S Culver Street
Lawrenceville, GA 30046-4805
```

Ondina Veloz
5002 Barrington Village Way
Union City, GA 30291


Ranjit Johal
5851 S. Virginia Street
Reno, NV 89502


Robert W. Graham
2250 Ellison Lakes Dr Apt 823
Kennesaw, GA 30152


Rufus C. Anderson
5408 Pinevalley Drive
Union City, GA 30291


Salto Systems, Inc.
c/o John Grecco
1780 Corporate Drive, Suite 400
Norcross, GA 30093


ScentAir Technologies, LLC
3810 Shutterfly Road
Suite 900
Charlotte, NC 28217


Sedric D. Maston
2798 Peek Road #724
Atlanta, GA 30318


Small Business Administration
233 Peachtree St, NE
Suite 1900
Atlanta, GA 30303


Swauger Consulting Services
48 Wildlife Trail
Mc Henry, MD 21541

Sydell Clark
585 McWilliams Road SE Unit 2004
Atlanta, GA 30315


Sysco Atlanta, LLC
2225 Riverdale Road
Atlanta, GA 30337


The Kishan Group
5851 South Virginia Street
Reno, NV 89502


thyssenkrupp Elevator Corporation
P.O. Box 3796
Carol Stream, IL 60132


Transwest Capital, Inc.
Dept 3381
P.O. Box 123381
Dallas, TX 75312


Wilson Pool Service
P.O. Box 712
Fairburn, GA 30213


YC Fernley Hotel LLC
5851 S. Virginia Street
Reno, NV 89502


Yolanda M. Pippins
46 Edwin Place
Atlanta, GA 30318