**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: ) | | CHAPTER 11 |
| ) | | |
| ) | | |
| YC ATLANTA HOTEL, LLC, ) | | |
| ) | | Case No. 21-50964-bem |
| ) | | |
| Debtor. ) | | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the *Exhibits (Dkt No. 92) and Amended Exhibits (Dkt. No. 93)* to the *United States Trustee's Motion To Appoint A Chapter 11 Trustee, Or In The Alternative Conversion to Chapter 7* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

David L. Bury    dbury@stoneandbaxter.com,
MBelflower@stoneandbaxter.com;lchapman@stoneandbaxter.com;7732720420@filings.docketbird.com
Anna Mari Humnicky    ahumnicky@smallherrin.com,
klemons@smallherrin.com;notices@nextchapterbk.com;lcarlton@smallherrin.com
Vanessa A. Leo    ustpregion21.at.ecf@usdoj.gov, Vanessa.A.Leo@usdoj.gov
Thomas B. Norton    tnorton@stoneandbaxter.com,
lford@stoneandbaxter.com;mbelflower@stoneandbaxter.com
Andres H. Sandoval    andres.sandoval@usdoj.gov,
charlie.cromwell@usdoj.gov;Larissa.selchenkova@usdoj.gov
Graham H. Stieglitz    gstiegli@burr.com
Ward Stone    wstone@stoneandbaxter.com,
dbury@stoneandbaxter.com;mcathey@stoneandbaxter.com;lford-faherty@stoneandbaxter.com;MBelflower@stoneandbaxter.com;lchapman@stoneandbaxter.com
Adolyn C. Wyatt    awyatt@burr.com, dsteiger@burr.com

I further certify that on this day, I caused a copy of this document to be served via United

States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each:

YC Atlanta Hotel LLC
5851 S. Virginia Street
Reno, NV 89502-6022

YC Atlanta Hotel LLC
**Attention: Registered Agent – Baldev Johal**
1419 Virginia Ave.
College Park, GA 30337

Dated: March 24, 2021

/s/ Vanessa A. Leo
Vanessa A. Leo
Georgia Bar No. 410598
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404) 331-4437
Vanessa.A.Leo@usdoj.gov