| Fill in this information to identify the case: | |
|---|---|
| Debtor name | YC Atlanta Hotel LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 21-50964 |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **A/B/F/G**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April  2, 2021**    X **/s/ Baldev Johal**
Signature of individual signing on behalf of debtor

**Baldev Johal**
Printed name

**Managing Member and Authorized Party**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | YC Atlanta Hotel LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 21-50964 |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals           12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $  **6,280,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................  $  **1,288,922.03**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................  $  **7,568,922.03**

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $  **10,373,961.67**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................  $  **59,503.48**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$  **1,573,970.04**

4. **Total liabilities** .................................................................................................................................................  $  **12,007,435.19**
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | YC Atlanta Hotel LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 21-50964 |

☒ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **Access Point Financial, LLC**<br>Creditor's Name<br>**One Ravinia Drive**<br>**9th Floor**<br>**Atlanta, GA 30346**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/15/2019**<br>**Last 4 digits of account number**<br>**3427**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Access Point Financial, LLC**<br>**2. Small Business Administration** | **Describe debtor's property that is subject to a lien**<br>**Alleged Security Interest in all of the Debtor's Assets**<br><br>**Describe the lien**<br>**Alleged Senior Security Interest in Debtor's Real and Personal Property**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | $10,223,961.67 | $920,000.00 |
| 2.2 | **Small Business Administration**<br>Creditor's Name<br>**233 Peachtree St, NE**<br>**Suite 1900**<br>**Atlanta, GA 30303**<br>Creditor's mailing address<br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>**Alleged Junior Security Interest in Certain of the Debtor's Personal Property**<br><br>**Describe the lien**<br>**Alleged Junior Security Interest in Debtor's Personal Property**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | $150,000.00 | $920,000.00 |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| **Date debt was incurred** | ☒ No | | |
|---|---|---|---|
| 05/25/2020 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| 7806 | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ☐ No | ☐ Contingent | | |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| **Specified on line 2.1** | | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $10,373,961.67 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: **YC Atlanta Hotel LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): **21-50964**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**April D. Price**<br>**140 Pine Street NE**<br>**Atlanta, GA 30308**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Employee Wages**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$363.73** | **$363.73** |
| **2.2** | Priority creditor's name and mailing address<br>**Brishonne D. Boyce**<br>**105 Squirrel Way**<br>**College Park, GA 30349**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Employee Wages**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | **$211.17** | **$211.17** |

Debtor  **YC Atlanta Hotel LLC**    Case number (if known) **21-50964**
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **City of College Park**<br>**P.O. Box 87137**<br>**College Park, GA 30337** | Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Property Tax Liabilities** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.33 | $226.33 |
| --- | --- | --- | --- | --- |
| | **Dajah F. Lindsey**<br>**6770 Buffington Road**<br>**Apartment 3204**<br>**Union City, GA 30291** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,929.60 | $1,929.60 |
| --- | --- | --- | --- | --- |
| | **Daniel Melchor**<br>**2854 Bonny Brook Dr SW**<br>**Atlanta, GA 30311** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.48 | $318.48 |
| --- | --- | --- | --- | --- |
| | **Deborah E. Blalock**<br>**3651 S La Brea Ave**<br>**Los Angeles, CA 90016** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Dorian D. Avery**<br>**2438 Dodson Drive**<br>**Atlanta, GA 30344** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $90.00 | $90.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Doris E. Smith**<br>**5060 Deer Brook Trail**<br>**Austell, GA 30106** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $152.50 | $152.50 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Genita R. Brown**<br>**2064 Edgemore Drive SE**<br>**Atlanta, GA 30316** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $567.87 | $567.87 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Georgia Department of Labor**<br>**Employer Accounts Section**<br>**148 Andrew Young Intl. Blvd. Suite 850**<br>**Atlanta, GA 30303** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential Tax Liabilities** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address<br>**Georgia Department of Revenue**<br>**Compliance Division-ARCS**<br>**Bankruptcy**<br>**1800 Century Blvd NE Suite 9100**<br>**Atlanta, GA 30345** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $4,104.62 | $4,104.62 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Alleged 2020 Withholding Tax Liabilities** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address<br>**Gerod A. Mackenzie**<br>**4430 Kimball Rd**<br>**Atlanta, GA 30331** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $488.15 | $488.15 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $37,497.00 | $37,497.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Alleged Estimated 2020 FICA/FUTA Tax Liabilities** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address<br>**Ionie S. Tatum**<br>**6428 Church St #51**<br>**Riverdale, GA 30274** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $148.04 | $148.04 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **YC Atlanta Hotel LLC**     Case number (if known) **21-50964**
Name

| 2.15 | Priority creditor's name and mailing address<br>**Itavis Tatum**<br>**6428 Church St #51**<br>**Riverdale, GA 30274** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,072.80** | **$1,072.80** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.16 | Priority creditor's name and mailing address<br>**Jason A. Weir**<br>**1005 Augusta Drive**<br>**Marietta, GA 30067** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,730.77** | **$1,730.77** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.17 | Priority creditor's name and mailing address<br>**Jonita J. Suggs**<br>**1302 Southlake Cove Ct**<br>**Jonesboro, GA 30236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$941.97** | **$941.97** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.18 | Priority creditor's name and mailing address<br>**Jose Flores**<br>**3393 Old Jonesboro Road**<br>**Atlanta, GA 30354** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,261.97** | **$1,261.97** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address<br>**Julio Cisneros**<br>**3144 Harris Drive**<br>**East Point, GA 30334** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,277.60 | $1,277.60 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address<br>**Juwann T. Johnson**<br>**5470 Riverside Road Apt N8**<br>**Atlanta, GA 30349** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $590.15 | $590.15 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address<br>**Keyerra D. Dunbar**<br>**2661 Beeler Drive**<br>**Apartmern 11**<br>**Atlanta, GA 30315** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $236.00 | $236.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address<br>**Latecia N. Latimore**<br>**4430 Kimball Rd**<br>**Atlanta, GA 30331** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,059.03 | $1,059.03 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address<br>**Lechelle L. Masters**<br>**401 Brunswick Square Apt A**<br>**Jonesboro, GA 30236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $294.00 | $294.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>**Michelle Y. Harris**<br>**3354 Haschel Road**<br>**Atlanta, GA 30337** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $717.38 | $717.38 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>**Ondina Veloz**<br>**5002 Barrington Village Way**<br>**Union City, GA 30291** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $92.00 | $92.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>**Robert W. Graham**<br>**2250 Ellison Lakes Dr Apt 823**<br>**Kennesaw, GA 30152** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $438.00 | $438.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address<br>**Rufus C. Anderson**<br>**5408 Pinevalley Drive**<br>**Union City, GA 30291**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Employee Wages**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $1,027.37 | $1,027.37 |

| 2.28 | Priority creditor's name and mailing address<br>**Sedric D. Maston**<br>**2798 Peek Road #724**<br>**Atlanta, GA 30318**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Employee Wages**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $709.17 | $709.17 |

| 2.29 | Priority creditor's name and mailing address<br>**Sydell Clark**<br>**585 McWilliams Road SE Unit 2004**<br>**Atlanta, GA 30315**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Employee Wages**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $541.03 | $541.03 |

| 2.30 | Priority creditor's name and mailing address<br>**Yolanda M. Pippins**<br>**46 Edwin Place**<br>**Atlanta, GA 30318**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Employee Wages**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $1,416.75 | $1,416.75 |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor  YC Atlanta Hotel LLC                                                          Case number (if known)  21-50964
        Name

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Allbridge**<br>**6880 Perry Creek Road**<br>**Raleigh, NC 27616**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **8393** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Payable**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $16,635.45 |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**American Hotel Register Company**<br>**c/o Robert W. Baker**<br>**100 S Milwaukee Avenue**<br>**Vernon Hills, IL 60061**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Payable**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $610.08 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Atlanta Boiler & Mechanical**<br>**3513 Lake City Industrial Court**<br>**Acworth, GA 30101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Payable**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $632.40 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Baldev Johal**<br>**5581 S. Virginia Street**<br>**Reno, NV 89502**<br><br>Date(s) debt was incurred  **02/02/21**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unsecured Loan for Ch. 11 Retainer**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $26,717.00 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**BluIP, Inc.**<br>**c/o Armen Martirosyan**<br>**410 S. Rampart Blvd, Suite 460**<br>**Las Vegas, NV 89145**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Internet Provider**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,868.11 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Booking.com**<br>**5295 Paysphere Circle**<br>**Chicago, IL 60674**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Payable**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $5,979.62 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Choice Hotels International, Inc.**<br>**6811 East Mayo Blvd**<br>**Suite 100**<br>**Phoenix, AZ 85054**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Franchise Fees**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $114,654.91 |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>City of College Park<br>P.O. Box 87137<br>College Park, GA 30337 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,539.60** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Utility Services<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>Comcast Business<br>P.O. Box 71211<br>Charlotte, NC 28272-1211 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$569.78** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number  4919 | **Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>Diversified Repair, LLC<br>c/o Kelvin B. Metcalf<br>1769 Hearthstone Way<br>Atlanta, GA 30326 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>Ecolab Inc.<br>P.O. Box 32027<br>New York, NY 10087 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,814.17** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Ecolab Pest Elim. Div.<br>26252 Network Place<br>Chicago, IL 60673-1262 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,507.95** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>Federal Express<br>P.O. Box 1140<br>Memphis, TN 38101 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$84.50** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Ferguson Enterprises, LLC<br>c/o Corporate Creations Network, Inc.<br>2985 Gordy Parkway, 1st Floor<br>Marietta, GA 30066 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,297.28** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade Payable<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Fire Protection Services, LLC<br>2030 Powers Ferry Road, #100<br>Atlanta, GA 30339<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Payable**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,479.30 |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Fulton County Board of Health<br>141 Pryor Street W<br>Atlanta, GA 30303<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Health Service Fee**<br>Is the claim subject to offset? ■ No ☐ Yes | $888.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Georgia Department of Revenue<br>Compliance Division<br>1800 Century BLVD NE, Suite 9100<br>Atlanta, GA 30345<br><br>Date(s) debt was incurred **12/31/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Alleged 2020 Withholding Tax Liabilities**<br>Is the claim subject to offset? ■ No ☐ Yes | $422.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Georgia Natural Gas<br>PO Box 105445<br>Atlanta, GA 30348-5445<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Utilities**<br>Is the claim subject to offset? ■ No ☐ Yes | $8,302.74 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Guest Supply<br>P.O. Box 6771<br>Somerset, NJ 08875<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Payable**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,105.71 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>HD Supply Facilities Maitenance, Ltd.<br>P.O. Box 509058<br>San Diego, CA 92150<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Payable**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,247.05 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Impero Technologies, Inc.<br>P.O. Box 50834<br>Palo Alto, CA 91303<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Payable**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,477.22 |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

---

**3.22** **Nonpriority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Date(s) debt was incurred  12/31/20
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $1,000.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Alleged Estimated 2020 Partnership Tax Liabilities**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
Jimmy Hutchins
4445 Blackbirch Lane
Decatur, GA 30034

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
Latrobe Management Services
P.O. Box 363851
San Juan, PR 00936-3851

Date(s) debt was incurred  Various
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $21,658.21
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services from Affiliate**

Is the claim subject to offset?  ☐ No  ■ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
Latrobe Management Services
P.O. Box 363851
San Juan, PR 00936-3851

Date(s) debt was incurred  10/19/20
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $60,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Payable for Utilities and Working Capital**

Is the claim subject to offset?  ☐ No  ■ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
Nixon Power Services, LLC
c/o C T Corporation System
289 S Culver Street
Lawrenceville, GA 30046-4805

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $215.50
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
Pemberley Hotel Group LP
5851 South Virginia Street
Reno, NV 89502

Date(s) debt was incurred  11/15/19
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $300,000.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Intercompany Payable for Hotel Purchase**

Is the claim subject to offset?  ☐ No  ■ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
Salto Systems, Inc.
c/o John Grecco
1780 Corporate Drive, Suite 400
Norcross, GA 30093

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   $1,198.18
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Payable**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  YC Atlanta Hotel LLC                                  Case number (if known)  21-50964
        Name

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>ScentAir Technologies, LLC<br>3810 Shutterfly Road<br>Suite 900<br>Charlotte, NC 28217<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Payable__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $680.98 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Swauger Consulting Services<br>48 Wildlife Trail<br>Mc Henry, MD 21541<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Payable__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $600.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Sysco Atlanta, LLC<br>2225 Riverdale Road<br>Atlanta, GA 30337<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Payable__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,837.53 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>The Kishan Group<br>5851 South Virginia Street<br>Reno, NV 89502<br><br>Date(s) debt was incurred  __Various__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Intercompany Payable for Expense Advances__<br><br>Is the claim subject to offset?  ☐ No  ■ Yes | $82,433.95 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>thyssenkrupp Elevator Corporation<br>P.O. Box 3796<br>Carol Stream, IL 60132<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Payable__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,039.75 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Transwest Capital, Inc.<br>Dept 3381<br>P.O. Box 123381<br>Dallas, TX 75312<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Housekeeping Services__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $13,360.96 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Wilson Pool Service<br>P.O. Box 712<br>Fairburn, GA 30213<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade Payable__<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $390.00 |

| Debtor | YC Atlanta Hotel LLC | Case number (if known) | 21-50964 |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>YC Juneau Hotel LLC<br>5851 South Virginia Street<br>Reno, NV 89502<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Intercompany Payable for FedEx Charge**<br><br>Is the claim subject to offset? ☐ No ■ Yes | $168.25 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>YC Rivergold Hotel LLC<br>5851 South Virginia Street<br>Reno, NV 89502<br><br>Date(s) debt was incurred  11/15/19<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Intercompany Payable for Hotel Purchase**<br><br>Is the claim subject to offset? ☐ No ■ Yes | $845,000.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>YC Seward Hotel Group LLC<br>5851 South Virginia Street<br>Reno, NV 89502<br><br>Date(s) debt was incurred  12/19 to 03/20<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Intercompany Payable for Leased Temporary General Manager (Josh Michaels)**<br><br>Is the claim subject to offset? ☐ No ■ Yes | $19,903.86 |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 59,503.48 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,573,970.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,633,473.52 |