**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>YC ATLANTA HOTEL LLC,<br><br>Debtor, | )<br>)<br>)<br>) **Chapter 11**<br>) **Case No. 21-50964-bem**<br>)<br>)<br>) |

**STIPULATION REGARDING EXHIBITS ADMITTED INTO EVIDENCE**

COMES NOW, Access Point Financial, LLC ("Access Point"), by and through undersigned counsel, in agreement with YC Atlanta Hotel LLC (the "Debtor") and the United States Trustee, and hereby files this *Stipulation Regarding Exhibits Admitted In To Evidence* indicating the exhibits admitted into evidence for the hearing on *Access Point Financial, LLC's Amended Emergency Motion to Convert to Chapter 7 or, in the Alternative, to Appoint Chapter 11 Trustee* (Dkt. 125), *United States Trustee's Motion for Appointment of a Chapter 11 Trustee or in the Alternative Conversion to Chapter 7* (Dkt. 91), *Debtor's Response in Opposition to the Motions to Convert or to Appoint a Chapter 11 Trustee* (Dkt. 120), and *Debtor's Limited Supplemental Response in Opposition to the Motions to Convert or to Appoint a Chapter 11 Trustee* (Dkt. 128).  The parties hereby stipulate that the following exhibits were admitted into evidence:

45336822 v4

## APF Exhibits

| Exhibit No. | Description |
|---|---|
| APF-1 | Email dated 2/23 and attachments (Actual Budget & P&L – Petition through 2/19/21) |
| APF-2 | Email dated 3/2 and attachments (Actual Budget & P&L – 2/20/21 - 2/26/21) |
| APF-3 | Email dated 3/9 and attachments (Actual Budget & P&L – 2/27/21 - 3/5/21) |
| APF-4 | Email dated 3/16 and attachments (Actual Budget & P&L - 3/6/21 - 3/12/21) |
| APF-6 | Email dated 3/26 (chain) and attachments (Actual Budget & Bank Statements – 3/13/21 – 3/19/21) |
| APF-7 [Redacted at Dkt. 109 Attachment 2] | Email dated 3/30 and attachments (Actual Budget, P&L, & Bank Statements - 3/20/21 - 3/26/21) |
| APF-12 | Email chain from David Bury dated 3/26/2021 2:49 PM |
| APF-16 | Supplemental Response to Access Point's Motion to Enforce Compliance (Dkt 62) |
| APF-18 | Schedules and SOFA (Dkt 44) |
| APF-19 | Transcript of Debtor's 341 Meeting of Creditors |
| APF-20 | Access Point's Proof of Claim with Exhibits |
| APF-21 | CBRE Appraisal of Clarion Hotel Atlanta Airport-College Park GA dated 3-11-21 |
| APF-22 | Closing Statement dated 11-15-19 |
| APF-24 [Redacted at Dkt. 109 Attachment 3] | Operating Agreement - YC Atlanta Hotel LLC dated 10-22-19 |

45336822 v4

2

| APF-31 | (CapEx) Manager's Agreement and Estoppel Certificate dated 11-15-19 |
| --- | --- |
| APF-33 | CapEx Loan Transaction History |
| APF-34 | Mortgage Loan Transaction History |
| APF-37 [Redacted at Dkt. 109 Attachment 6] | Trimont Payoff as of Petition Date |
| APF-39 | Demand Letter with Delivery Information |
| APF-1001 | Choice Hotels Comfort Letter |

## Debtor Exhibits

| Exhibit No. | Description |
| --- | --- |
| D-1 | Voluntary Petition, Schedules, and Statement of Financial Affairs (Dkt. Nos. 1, 44) |
| D-2 | Interim Cash Collateral Order (Dkt. 26) |
| D-3 [not previously admitted but APF and U.S. Trustee consent] | Utilities Order (Dkt. 36) |
| D-4 [not previously admitted but APF and U.S. Trustee consent] | Choice Hotel International, Inc.'s Proof of Claim No. 3 (w/ Franchise Agreement) |
| D-6 | Hearing Exhibit (Summary through Contempt Motion Filing) |
| D-7 | Debtor's Appraisal |
| D-9 | Debtor's proposed final cash collateral 13 week budget dated 3/30/21 |
| D-10 | Access Point Underwriting Memorandum |
| D-11 | February 2021 Monthly Operating Report |

| D-12 | Cash Collateral Report – Week 1 (ending 02/19/21) |
|---|---|
| D-13 | Cash Collateral Report – Week 2 (ending 02/26/21) |
| D-14 | Cash Collateral Report – Week 3 (ending 03/05/21) |
| D-15 | Cash Collateral Report – Week 4 (ending 03/12/21) |
| D-16 | Cash Collateral Report – Week 5 (ending 03/19/21) |
| D-17 | Cash Collateral Report – Week 6 (ending 03/26/21) |
| D-18 | Cash Collateral Report –Week 7 (ending 04/02/21) |
| D-19 | Letter from Wells Fargo re: Debit Restraint |
| D-20 | Payroll Reconciliation |
| D-22 | Emergency Cash Collateral Order |
| D-23 | Proposed Budget for Week Ending 03/26 |
| D-24 | Initial Debtor Interview Package |
| D-25 | Counsel's Memo to the United States Trustee |
| D-29 | Amended Schedules and SOFA (combined) |
| D-32 | Intercompany Transaction Summary Exhibit |
| D-33 | Latrobe Management Payment Reconciliation Summary Exhibit |
| D-34 | Pre-Petition Payment Summary Exhibit |
| D-35 | Alleged Cash Collateral Overages Summary Exhibit |
| D-37 | Updated Financial Chart through April 16, 2021 |
| D-38 | March 2021 MOR |
| D-39 | Cash Collateral Report – Week 8 (ending 04/09/21) |
| D-40 | Cash Collateral Report – Week 9 (ending 04/16/21) |
| D-41 | Cash Collateral Report – Week 10 (ending 04/23/21) |

| | |
|---|---|
| [not previously admitted but APF and US Trustee consent] | |
| D-42<br><br>[not previously admitted but APF and US Trustee consent] | Updated Financial Chart Through April 23, 2021 |

## US Trustee Exhibits

| Exhibit No. | Description |
|---|---|
| UST-14 | United States Trustee's Amended Exhibits "A", "B", "C", "D", and "E" to United States Trustee's Motion for Appointment of Chapter 11 Trustee Or In the Alternative Conversion to Chapter 7 |
| UST-15 | Debtor's Wells Fargo Pre-Petition Bank Account Statements Acct: xxx7814 |
| UST-17 | Wells Fargo Debtor In Possession Bank Account Application |
| UST-18 | Notice of Lis Pendens |
| UST-19 | Docket for 4FA-20-02578CI Alaska Growth Capital Bidco Inc. v. YC Fairbanks Hotel Group LLC, Balbir Gosal, Individually, Baldev Johal, Individually, and Occupants of 1908 Chena Landing Loop, Fairbanks, Alasja 99701 |
| UST-20 | Letter to Fairbanks Superior Court with Judicial Foreclosure Complaint, Summonses, Case Description, and Service of Process Record attached |

45336822 v4

5

| **Prepared by:** | **Consented to by:** |
|---|---|
| /s/Adolyn C. Wyatt | /s/ Vanessa A. Leo |
| Graham H. Stieglitz | Vanessa A. Leo |
| Georgia Bar No. 682047 | Georgia Bar No. 410598 |
| Adolyn C. Wyatt | United States Department of Justice |
| Georgia Bar No. 578601 | Office of the United States Trustee |
| BURR & FORMAN LLP | 362 Richard B. Russell Building |
| 171 Seventeenth Street, N.W., Suite 1100 | 75 Ted Turner Drive, S.W. |
| Atlanta, Georgia  30363 | Atlanta, Georgia 30303 |
| (404) 815-3000 | (404) 331-4437 |
| gstieglitz@burr.com | Vanessa.A.Leo@usdoj.gov |
| awyatt@burr.com | |
| | *Counsel for the United States Trustee* |
| *Attorneys for Access Point Financial LLC* | |

/s/ David L. Bury Jr.
Ward Stone, Jr.
Georgia Bar No. 684630
David L. Bury Jr.
Georgia Bar No. 133066
Thomas B. Norton
Georgia Bar No. 997178
Stone & Baxter, LLP
577 Mullberry Street, Suite 800
Macon, GA 31201
(478) 750-9898
dbury@stoneandbaxter.com

*Counsel for YC Atlanta Hotel LLC*

45336822 v4

6

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2021, I electronically filed **STIPULATION REGARDING EXHIBITS ADMITTED INTO EVIDENCE** with the Clerk of Court using the CM/ECF system and a true and correct copy of the foregoing has been served on the following via electronic means through the Court's electronic filing system and/or via US Mail:

David L. Bury, Jr.
Stone & Baxter, LLP
Suite 800
Fickling & Co. Building
577 Mulberry Street
Macon, GA 31201
dbury@stoneandbaxter.com

Andres H. Sandoval
Assistant U.S. Attorney
United States Attorney's Office
75 Ted Turner Drive SW, Suite 600
Atlanta, Georgia 30303
Andres.sandoval@usdoj.gov

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303
Vanessa.A.Leo@usdoj.gov

Anna M. Humnicky
Small Herrin, LLP
2727 Paces Ferry Road
Building 2, Suite 200
Atlanta, GA 30339
ahumnicky@smallherrin.com

/s/Adolyn C. Wyatt
Adolyn C. Wyatt
Georgia Bar No. 578601
awyatt@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

45336822 v4

7