**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| YC ATLANTA HOTEL LLC, | : | Case No. 21-50964-bem |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION**

COMES NOW, Stone & Baxter, LLP, counsel for YC Atlanta Hotel, LLC in the above-referenced bankruptcy case, and files this Certificate of No Objection, and shows the Court the following:

1.

In accordance with the Order Establishing Compensation Procedures for Professionals entered on March 25, 2021 (the "**Compensation Procedures Order**"), Applicant served a monthly invoice (the "**Monthly Fee Statement**") on April 15, 2021 for the period of time beginning February 3, 2021 and ending March 31, 2021.

2.

Applicant's Monthly Fee Statement was served on the proper parties per the Compensation Procedures Order.

3.

As set forth in the Compensation Procedures Order, each party receiving a copy of the Monthly Fee Statement shall have fourteen (14) days after service of the Monthly Fee Statement to file and serve a written objection. The deadline for objections was April 29, 2021. Other than a limited objection from Access Point Financial, LLC to preserve its rights with respect to its alleged interest in cash collateral and to clarify that the Debtor cannot use cash collateral to satisfy any portion of the Monthly Fee Statement without a Court order, Applicant has not

received any objections to the Monthly Fee Statement and the records of the Court indicate that the Court has received no objection.

4.

Applicant hereby certifies that, to the best of Applicant's knowledge and belief,

a. the Debtor is current on all fees owed to the United States Trustee;

b. the Debtor has filed all monthly operating reports then due or otherwise filed all monthly operating reports owing as of the date of this Certification; and

c. the Debtor's representative has reviewed the invoice with the Debtor's attorneys and has advised Applicant that such representative believes that the requested fees and expenses are reasonable and appropriate.

5.

In accordance with the Compensation Procedures Order, the Debtor is authorized to pay the fees ($66,895.50) and expenses ($2,176.23) submitted by Applicant in its Monthly Fee Statement, which fees and expenses total $69,071.73, as no objections have been filed within the time permitted by the Compensation Procedures Order

This 30th day of April, 2021.

STONE & BAXTER, LLP
BY:

/s/*David L. Bury, Jr.*
David L. Bury, Jr.
Bar No. 133066

577 Mulberry Street, Suite 800
Macon, GA 31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com        Counsel for Debtor

G:\CLIENTS\YC Atlanta Hotel, LLC\Billing-Fee Apps\CONO for 2.3.21 to 3.31.21 (for upload 04.30.21).docx