# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| YC ATLANTA HOTEL LLC, | : | Case No. 21-50964-bem |
| | : | (Joint-Administration Requested) |
| Debtor. | : | |
| | : | |
| IN RE: | : | Chapter 11 |
| | : | |
| YC FERNLEY HOTEL LLC, | : | Case No. 21-52543-bem |
| | : | |
| Debtor. | : | |

## MOTION FOR JOINT ADMINISTRATION

COME NOW YC Atlanta Hotel LLC and YC Fernley Hotel LLC (collectively, the "**Debtors**"), Debtors and Debtors-in-Possession in the above-styled cases, and, pursuant to Federal Rule of Bankruptcy Procedure ("**Bankruptcy Rule**") 1015(b), move this Court for an Order authorizing the joint administration of Debtors' Chapter 11 cases, respectfully showing as follows:

### Chapter 11 Cases

1. YC Atlanta Hotel LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on February 3, 2021.

2. YC Fernley Hotel LLC filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on March 29, 2021.

3. Each Debtor continues to operate its business and manage its property as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4. No creditor's committee, trustee, or examiner has been appointed in the cases.

5. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicate for the relief requested herein is Bankruptcy Rule 1015(b).

## Ownership and Relatedness

6. Debtor YC Atlanta Hotel LLC ("**YC Atlanta**") is a limited liability company formed under the laws of the State of Georgia, with its principal place of business located at 1419 Virginia Avenue, College Park, Georgia 30337. YC Atlanta was formed to operate a Clarion Inn hotel located near Hartsfield-Jackson Airport in Atlanta, Georgia.

7. Debtor YC Fernley Hotel LLC ("**YC Fernley**") is a limited liability company formed under the laws of the State of Nevada, with its principal place of business located at 5851 S. Virginia Street, Reno, Nevada, 89503. YC Fernley was originally formed to purchase an undeveloped parcel of real estate in Nevada. In 2019, YC Fernley sold the undeveloped property and used the funds to assist YC Atlanta to purchase its Atlanta hotel property. Additionally, YC Fernley holds 100% of the membership interest of YC Atlanta, such that YC Atlanta is YC Fernley's wholly owned subsidiary.

8. Thus, the Debtors are affiliates under the Section 101(2) of the Bankruptcy Code.

## Relief Requested

9. By this Application, the Debtors seek entry of an order consolidating, for procedural purposes only, these Chapter 11 cases.

**Basis for Relief**

10.   Bankruptcy Rule 1015(b) provides for the joint administration of estates where two or more petitions are pending by or against a debtor and an affiliate in the same court. As detailed above, the Debtors are "affiliates" of one another as that term is defined in Section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b). Accordingly, joint administration of the Debtors' estates is appropriate.

**Applicable Authority**

11.   Bankruptcy Rule 1015(b) provides that, where two or more petitions are pending in the same court by or against a debtor and an affiliate, "the court may order a joint administration of the estates."

12.   As indicated above, the Debtors are affiliates.

13.   The Debtors are seeking entry of an order directing joint administration of these cases because, among other things, it will avoid the unnecessary time and expense of duplicative motions, applications, orders, and other pleadings, thereby saving considerable time and expense for the Debtors and likely resulting in substantial savings for their estates. Duplication of substantially identical documents would also unnecessarily overburden the Clerk of Court with voluminous filings. Therefore, joint administration of these affiliated Debtors' Chapter 11 cases will permit the Clerk of Court to utilize a single general docket for these cases.

14.   Debtors request that the official caption to be used by all parties in all pleadings in the jointly administered cases be as follows:

**Proposed Caption:**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| YC ATLANTA HOTEL LLC and YC FERNLEY HOTEL LLC, | : | Case No. 21-50964-bem |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | Case No. 21-52543-bem |
| | : | |

15.     The rights of each Debtor's respective creditors will not be adversely affected by joint administration of these cases because the relief sought is purely procedural and is in no way intended to impact substantive rights. Each creditor and party-in-interest will maintain whatever rights that it has in the particular bankruptcy estate in which it allegedly has a claim or right. In fact, the rights of all creditors should be enhanced by the reduction in costs resulting from joint administration.

16.     Additionally, because the notices, applications, motions, hearings, and orders in these cases will affect Debtors, joint administration will permit counsel for all parties-in-interest to include the Debtors' respective estates in a single caption on the document that will be served and filed herein, thus enabling parties-in-interest in each of the cases to be apprised easily of the various matters before the Court. Therefore, the Debtors request that a docket entry reflecting the joint administration, in the same or substantially the same form of that contained in the proposed order accompanying this Motion, be made in each of the Debtors' cases.

17.     The Debtors submit that the policies behind the requirements of Section 342 of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002 have been satisfied.

18. The Debtors file this Motion without prejudice to their right to later seek substantive consolidation of these Debtors and their bankruptcy cases.

19. No previous request for such relief has been made to this or any other Court.

20. A proposed Order granting this Motion is attached on **Exhibit A**.

## Notice

21. The Debtors will serve this Motion initially on the United Stated Trustee, all others who have made appearances in either of the cases, the mailing matrix in the YC Fernley case, and the limited mailing matrix in the YC Atlanta case (as permitted by the limit notice Order at Dkt. 102 in that case). In all events, the Debtors will serve the Motion and any required notices as the Court might direct.

WHEREFORE, the Debtors respectfully request that this Court grant this Motion and provide such other relief as is just and appropriate.

Respectfully submitted this 3rd day of May, 2021.

        STONE & BAXTER, LLP
        By:

        */s/ David L. Bury, Jr.*
        Ward Stone, Jr.
        Georgia Bar No. 684630
        wstone@stoneandbaxter.com
        David L. Bury, Jr.
        dbury@stoneandbaxter.com
        Georgia Bar No. 133066
577 Mulberry Street, Suite 800    Thomas B. Norton
Macon, Georgia 31201    Georgia Bar No. 997178
(478) 750-9898; (478) 750-9899 (fax)    tnorton@stoneandbaxter.com

        Counsel for YC Atlanta Hotel LLC
        Proposed counsel for YC Fernley Hotel LLC

G:\CLIENTS\YC Atlanta Hotel, LLC\YC Fernley\Chapter 11\First Day Motions\Motion for Joint Administration (4.22.21).docx

# EXHIBIT A

# PROPOSED ORDER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| YC ATLANTA HOTEL LLC and YC FERNLEY HOTEL LLC, | : | Case No.  21-50964-bem |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | Case No.  21-52543-bem |
| | : | |

ORDER DIRECTING JOINT ADMINISTRATION OF CASES

Upon the Motion of the Debtors for entry of an order pursuant to Federal Rule of Bankruptcy Procedure ("**Bankruptcy Rule**") 1015(b) consolidating for procedural purposes only, and providing for joint administration of, Debtors' separate Chapter 11 cases; and the Court having determined that the relief requested in the Motion is in the best interests of Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

ORDERED AND ADJUDGED that:

(a) The Motion is granted.

(b) The above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered with the Chapter 11 case of YC Atlanta Hotel LLC (Case No. 21-50964-bem) as the lead case (the "**Lead Case**").

(c) All filings in these Cases, with the exception of (1) each Debtor's schedules and statement of financial affairs (which each Debtor shall file separately on each Debtor's respective bankruptcy docket); (2) proofs of claim (which creditors shall file separately per Debtor on each Debtor's respective bankruptcy docket); and (3) monthly operating reports (which each Debtor shall file separately on each Debtor's respective bankruptcy docket) shall hereafter be filed in the Lead Case and captioned as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 11** |
| | : | |
| **YC ATLANTA HOTEL LLC and YC FERNLEY HOTEL LLC,** | : | **Case No. 21-50964-bem** |
| | : | **(Jointly Administered)** |
| | : | |
| **Debtors.** | : | |
| | : | **Case No. 21-52543-bem** |
| _____ | : | |

(d) This caption shall be deemed to comply with the requirements of Section 342 of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002.

(e) A docket entry shall be made in each of the Debtor's cases substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of YC Atlanta Hotel LLC (Case No. 21-50964-bem) and YC Fernley Hotel LLC (Case No. 21-52543-bem). The docket in Case No. 21-50964-bem shall be consulted for all matters affecting this case and these cases.

(f)     Persons filing a document that pertains to only one debtor (for example, a monthly operating report) shall include the debtor's name in the free text portion of the docket entry.

(g)     The entry of this Order is without prejudice to the right of any party in interest to seek substantive consolidation of these Debtors any or all of the cases which are ordered jointly administered hereby and shall not be construed to bar any objection or defenses to any such request to substantively consolidate such Debtors or cases.

### END OF DOCUMENT

**This Order Prepared and Submitted by:**

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066
Suite 800, Fickling & Co. Building
577 Mulberry Street
Macon, Georgia  31201
(478) 750-9898; (478) 750-9899 (fax)
dbury@stoneandbaxter.com
Counsel for Debtors

**DISTRIBUTION LIST**

David L. Bury, Jr., Esq.
Stone & Baxter, LLP
577 Mulberry Street – Suite 800
Macon, Georgia 31201

Vanessa A. Leo, Esq.
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303