**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| YC ATLANTA HOTEL LLC, | ) | 21-50964 - BEM |
| | ) | |
| Debtor. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COME NOW, Frank W. DeBorde and Lisa Wolgast of the law firm of Morris, Manning & Martin, LLP ("MMM"), and pursuant to BLR 9010-5(c), hereby give notice that MMM will substitute as counsel record for creditors Access Point Financial, LLC and APF – CRE I, LLC (collectively, "Access Point") in the above-referenced case. Access Point consents to this withdrawal as reflected by the signature below. Burr & Forman, LLP has withdrawn as counsel for record for Access Point, as reflected by the signature below.

The Clerk is requested to terminate Burr & Forman LLP as counsel for Access Point in the above-referenced case. All future notices of pleadings to Access Point no longer need to be sent to Burr & Forman LLP and should only be sent to:

Frank W. DeBorde, Esq.
Lisa Wolgast, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

The date of any scheduled proceedings and the holding of such proceedings will not be affected by the withdrawal of counsel.

[SIGNATURE ON FOLLOWING PAGE]

1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| YC ATLANTA HOTEL LLC, | ) | 21-50964 - BEM |
| | ) | |
| Debtor. | ) | |

Respectfully submitted, this 20th day of May, 2021.

      /s/ Lisa Wolgast_____
Frank W. DeBorde
Georgia Bar No. 215415
Lisa Wolgast
Georgia Bar No. 773399
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road NE
Atlanta, Georgia 30326
(404) 233-7000
fwd@mmmlaw.com
lwolgast@mmmlaw.com

Attorneys for Access Point Financial, LLC
and APF – CRE I, LLC

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| YC ATLANTA HOTEL LLC, | ) | 21-50964 - BEM |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CONSENTED TO BY:**

Access Point Financial, LLC and
APF – CRE I, LLC

By:_____
Jennifer Wimmer, Director-Special Servicing

 /s/ Graham S. Stieglitz (with express permission by L. Wolgast)
Graham H. Stieglitz
Georgia Bar No. 682047
Adolyn C. Wyatt
Georgia Bar No. 578601
BURR & FORMAN LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
(404) 815-3000
gstieglitz@burr.com
awyatt@burr.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| YC ATLANTA HOTEL LLC, | ) | 21-50964 - BEM |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**CONSENTED TO BY:**

Access Point Financial, LLC and
APF – CRE I, LLC

By: *Jennifer Wimmer*
_____
Jennifer Wimmer, Director-Special Servicing

_____
Graham H. Stieglitz
Georgia Bar No. 682047
Adolyn C. Wyatt
Georgia Bar No. 578601
BURR & FORMAN LLP
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
(404) 815-3000
gstieglitz@burr.com
awyatt@burr.com

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| YC ATLANTA HOTEL LLC, | ) | 21-50964 - BEM |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that I have this day served a true and correct copy of the within and foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** with the Clerk of Court by using the Court's CM/ECF system, which will serve as notice to all counsel.

This 20th day of May, 2021.

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

By: /s/ Lisa Wolgast
　　Frank W. DeBorde
　　Georgia Bar No. 215415
　　Lisa Wolgast
　　Georgia Bar No. 773399