# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| YC ATLANTA HOTEL, LLC | ) | CASE NO. 21-50964-BEM |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF APPOINTMENT OF EXAMINER

Pursuant to the order of this Court entered May 20, 2021, (Dkt. No. 152) directing the United States Trustee to appoint an examiner in the above-captioned case, the United States Trustee for Region 21 hereby appoints the following person to serve as the examiner for the purposes set forth in the order:

**Christopher Tierney**
600 Galleria Parkway SE
Suite 600
Atlanta, GA  30339
Tel:  770-989-0028
Email: ctierney@moorecolson.com

This appointment is made on June 8, 2021.

**Nancy J. Gargula**
**United States Trustee, Region 21**
**Northern District of Georgia**

*s/ Jeneane Treace*
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Dr., S.W.
Atlanta, Georgia  30303
(404) 331-4437
jeneane.treace@usdoj.gov