IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| YC Atlanta Hotel, LLC | ) | CASE NO. 21-50964-BEM |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## COURT-APPOINTED EXAMINER'S REVIEW OF MAY MONTHLY OPERATING REPORT

Christopher Tierney, the Court-Appointed Examiner (the "Examiner"), files his report related to the Debtor's Monthly Operating Report ("MOR") for the period ending May 31, 2021, showing the Court as follows:

## INTRODUCTION

The Examiner was appointed pursuant to the Order Denying Appointment of a Chapter 11 Trustee and Appointing an Examiner ("Examiner Order") entered on May 20, 2021 and the Order Approving Appointment of Examiner ("Examiner Approval") entered on June 10, 2021, to supervise and oversee the financial affairs of Debtor ("YC Atlanta" or the "Company") and specifically to perform the following: 1) Investigate the day-to-day operations of Debtor's accounting and administrative functions; 2) Supervise and oversee the accounting treatment of all receipts and expenditures in Debtor's books and records; 3) Supervise and oversee the preparation on budgets and reports, including the Monthly Operating Reports (the "MORs"); 4) Execute a statement accompanying each monthly operating report filed by the Debtor that the report has been reviewed by the Examiner and states whether the Examiner agrees with the report or has any concerns about the report; 5) Investigate the recording of transactions in Debtor's books from November 15, 2019 forward; 6) Identify any potential avoidance actions evident from the investigation of Debtor's books and records and report any such actions to the Court and the Parties. The following details the Examiner's activities and observations as they relate to the

Court's third and fourth specific requirements to review the Debtor's monthly operating report and report to the Court whether the Examiner agrees with the report or has any concerns.

### OVERVIEW OF THE EXAMINER'S REVIEW OF THE DEBTOR'S MAY MOR

1. On June 29, 2021, the Examiner received a copy of the Debtor's MOR for the period ending May 31, 2021. The Examiner and his team reviewed the Debtor's MOR, and on June 30, 2021, the Examiner's team sent the Debtor follow-up questions and requests related to specific items in the MOR. The Debtor responded to the list of follow-up items on July 1, 2021.

2. The specifics of the Examiner's questions and requests and the Debtor's responses are as follows:

    A. **Examiner's follow-up item #1:** Accounts Payable on MOR-5 (pg. 9) and the AP Aging Detail (pg. 10 - 11) is $137,030.25, but the amount on the Balance Sheet is $345,603.86 (pg. 4).
        - **Examiner's Question and/or Request:** Please provide an explanation for the difference. Also, please provide an AP Aging that agrees to the Balance Sheet amount ($345,603.86).
        - **Debtor's Response:** "Correction-the balance in the submitted BS is $346,603.86. The difference between the BS and the MOR page 9 are the prepetition in invoices, the MOR specify not to include them. Attached complete aging highlighted the prepetition invoices."
        - **Examiner's Analysis of Debtor's Response:** It should be noted that there was a typo in the Examiner's request, and the Balance Sheet amount was in fact $346,603.86. The Debtor provided an AP Aging Detail that agreed to the balance sheet amount with the pre-petition invoices highlighted.

B. **Examiner's follow-up item #2:** Accounts Receivable on MOR-4 (pg. 8) is $239,894.10, and this amount on the Balance Sheet is separated between account 11000, $13,375 and account 1636-AR Other, $226,519.10 (pg. 4);

- **Examiner's Question and/or Request:** Why are the AR balances separated on the Balance Sheet? What is AR other? Please provide an AR aging by customer.
- **Debtor's Response:** "The amounts are separated between the rents acct 11000 and the normal operations of the business acct 1636, that balance is owe by the merchant for the different CC. Below aging."
- **Examiner's analysis of Debtor's Response:** The debtor provided an AR Aging Summary Report for account 11000 and 1636 that corresponded with the information in the MOR.

C. **Examiner's follow-up item #3:** Accounts Receivable: Beginning Balance on MOR-4 (pg. 8) is $188,491.92 and Ending Balance is $239,894.10;

- **Examiner's Question and/or Request:** What is causing the increase in Accounts Receivable?
- **Debtor's Response:** "The merchant have some funds held, because of the Chapter 11 they hold the funds to guarantee the chargeback payments. Once the chargebacks decrease they will release the funds."
- **Examiner's Analysis of Debtor's Response:** The Debtor's response to the Examiner was sufficient, and the Examiner has no further questions related to this item.

D. **Examiner's follow-up item #4:** Accounts Receivable: Over 90 days $133,573.29 (pg. 8);

- **Examiner's Question and/or Request:** What services were provided to all of the customers with AR over 90 days?
- **Debtor's Response:** "Same as question 3, those are the funds that are in hold."
- **Examiner's Analysis of Debtor's Response:** The Debtor's response to the Examiner was sufficient, and the Examiner has no further questions related to this item.

E. **Examiner's follow-up item #5:** Intercompany Liability: Balance of $1,062,797.06 (pg. 4);
   - **Examiner's Question and/or Request:** Please provide detail for the Intercompany Liability of $1,062,797.06 including the company(s) owed funds by YC Atlanta and the related amounts.
   - **Debtor's response:** "Attached."
   - **Examiner's analysis of Debtor's Response:** The Debtor provided a Transactions by Account report which included details for the Intercompany Liability account.

F. **Examiner's follow-up item #6:** Total Income on the P&L is listed as $186,208.19 (pg. 6), but "New Billings" on MOR-4 (pg. 8) is $266,537;
   - **Examiner's Question and/or Request:** Please provide an explanation for the difference.
   - **Debtor's response:** "The billings include the taxes which are not part of the revenue."
   - **Examiner's Analysis of Debtor's Response:** The Debtor's response to the Examiner was sufficient, and the Examiner has no further questions related to this item.

G. **Examiner's follow-up item #7:** Restricted Cash - Balance of $1,692,374.19 (pg. 4);
   - **Examiner's Question and/or Request:** What is the nature of this account? Where are the funds held?
   - **Debtor's response:** "Those are the funds with APF of the $2.2 less the advances."
   - **Examiner's Analysis of Debtor's Response:** The Debtor's response to the Examiner was sufficient, and the Examiner has no further questions related to this item.

H. **Examiner's follow-up item #8:** Taxes - Balance of $40,012.28 (pg. 4);
  - **Examiner's Question and/or Request:** What is the nature of this liability? What taxing authority is owed?
  - **Debtor's Response:** Sales Tax- Georgia & City of College Park.
  - **Examiner's Analysis of Debtor's Response:** The Debtor's response to the Examiner was sufficient, and the Examiner has no further questions related to this item.

I. **Examiner's follow-up item #9:** Depreciation - Depreciation on MOR-6 (pg. 12) is $32,923.52, but the amount on the P&L is $30,854.61 (pg. 7);
  - **Examiner's Question and/or Request:** Please provide an explanation for this difference.
  - **Debtor's Response:** "The $32,923.52 is the sum of both accounts Depreciation & Amortization on the P&L."
  - **Examiner's analysis of Debtor's Response:** The Debtor included a chart detailing Depreciation and Amortization that totaled $32,923.52.

J. **Examiner's follow-up item #10:** Checks outstanding: $4,300.70 (pg. 13);
  - **Examiner's Question and/or Request:** Please provide a checks outstanding report that reconciles to the $4,300.70 found on MOR-7.
  - **Debtor's Response:** "See below."
  - **Examiner's Analysis of Debtor's Response:** The Debtor's response to the Examiner was sufficient, and the Examiner has no further questions related to this item.

K. **Examiner's follow-up item #11:** PIP expenditures
  - **Examiner's Question and/or Request:** Were any expenditures for the PIP made in May? If so, where on the financials are the PIP expenses located?
  - **Debtor's Response:** There's no expenditure recorded for the PIP in May.
  - **Examiner's Analysis of Debtor's Response:** The Debtor's response to the Examiner was sufficient, and the Examiner has no further questions related to this item.

3. Based on initial documents provided as support and the Debtor's responses to the Examiner's follow-up items and the additional documents provided, the Examiner agrees with the Debtor's May MOR and has no significant concerns.

Respectfully submitted this 6th day of July, 2021.

*/s/ Christopher Tierney*

Christopher Tierney

Examiner