YC Atlanta Hotel
Chapter 11 Plan Budget

**Exhibit B**
**Disclosure Statement - Budget**
**YC Atlanta Hotel LLC and YC Fernley Hotel LLC**
**Bankr. N.D. Ga. Case Nos. 21-50964-BEM and 21-52543-BEM**

| | -2 | -1 | Effective Date 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jul 21 | Aug 21 | Sep 21 | Oct 21 | Nov 21 | Dec 21 | Jan 22 | Feb 22 | Mar 22 | Apr 22 | May 22 | Jun 22 | July 22 | Aug 22 |
| **Income** | 31 | 31 | 30 | 31 | 30 | 31 | 31 | 28 | 31 | 30 | 31 | 30 | 31 | 31 |
| Rooms | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 | 243 |
| RevPAR | 26.00 | 27.00 | 27.00 | 27.41 | 27.82 | 28.23 | 28.66 | 29.09 | 29.52 | 29.97 | 30.42 | 30.87 | 31.33 | 31.80 |
| 41041000.1 - RM Lodging Sales-Taxable | 186,065.10 | 193,221.45 | 186,988.50 | 196,119.77 | 192,640.23 | 202,047.49 | 205,078.20 | 188,010.41 | 211,276.69 | 207,528.24 | 217,662.53 | 213,800.78 | 224,241.38 | 227,605.00 |
| 41000.2 - RM Lodging Sales-Non Taxable | 9,792.90 | 10,169.55 | 9,841.50 | 10,322.09 | 10,138.96 | 10,634.08 | 10,793.59 | 9,895.28 | 11,119.83 | 10,922.54 | 11,455.92 | 11,252.67 | 11,802.18 | 11,979.21 |
| Total 41000 - RM Lodging Sales | 195,858.00 | 203,391.00 | 196,830.00 | 206,441.87 | 202,779.19 | 212,681.57 | 215,871.79 | 197,905.69 | 222,396.52 | 218,450.77 | 229,118.45 | 225,053.45 | 236,043.56 | 239,584.21 |
| Room Revenue | 194,978.00 | 202,536.00 | 196,195.00 | 205,836.87 | 202,224.94 | 213,066.57 | 216,256.79 | 198,290.69 | 222,781.52 | 218,835.77 | 229,503.45 | 225,438.45 | 236,428.56 | 239,969.21 |
| Sales Tax Collected | 38,608.51 | 40,093.45 | 38,800.11 | 40,694.85 | 39,972.85 | 41,924.85 | 42,553.73 | 39,012.16 | 43,839.91 | 43,062.11 | 45,164.98 | 44,363.66 | 46,530.09 | 47,228.04 |
| Rent/Lease Income | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 | 14,175.00 |
| **Total Receipts** | 247,761.51 | 256,804.45 | 249,170.11 | 260,706.72 | 256,372.78 | 269,166.42 | 272,985.52 | 251,477.85 | 280,796.43 | 276,072.88 | 288,843.43 | 283,977.11 | 297,133.65 | 301,372.25 |
| **Operating Expense** | | | | | | | | | | | | | | |
| Room Expense | 73,317 | 63,360 | 63,352 | 70,063 | 63,259 | 65,892 | 69,619 | 62,454 | 67,495 | 70,044 | 67,605 | 67,934 | 73,947 | 70,331 |
| Payroll Expenses | 75,000 | 40,000 | 40,000 | 64,000 | 45,000 | 45,000 | 64,000 | 45,000 | 45,000 | 64,000 | 45,000 | 45,000 | 64,000 | 45,000 |
| Administrative Expenses | 21,803 | 22,407 | 21,891 | 22,661 | 22,370 | 23,200 | 23,455 | 22,018 | 23,977 | 23,661 | 24,515 | 24,190 | 25,069 | 25,352 |
| Repairs and Maintenance | 41,070 | 41,070 | 41,070 | 41,570 | 41,070 | 41,070 | 41,070 | 41,070 | 41,070 | 41,070 | 41,070 | 41,070 | 41,070 | 41,070 |
| Property Tax (Real and Personal - net of Tax Escrow) | 0 | 0 | 0 | 0 | 95,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance Expense | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 | 11,100 |
| **Total Expense** | 222,290 | 177,937 | 177,413 | 209,394 | 277,799 | 186,262 | 209,244 | 181,642 | 188,643 | 209,876 | 189,289 | 189,293 | 215,186 | 192,854 |
| Sales and Occupancy Tax | 37,636 | 38,609 | 40,093 | 38,800 | 40,695 | 39,973 | 41,925 | 42,554 | 39,012 | 43,840 | 43,062 | 45,165 | 44,364 | 46,530 |
| **Cash Flow from Operations** | -12,165 | 40,259 | 31,664 | 12,513 | -62,121 | 42,931 | 21,817 | 27,282 | 53,142 | 22,357 | 56,492 | 49,519 | 37,584 | 61,989 |
| **Beginning Cash** | 149,123 | 133,958 | 174,217 | 374,296 | 289,216 | 181,648 | 189,993 | 180,224 | 162,211 | 168,237 | 143,478 | 138,840 | 141,243 | 131,711 |
| Equity Investment | 0 | 0 | 300,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash from Operations** | -12,165 | 40,259 | 31,664 | 12,513 | -62,121 | 42,931 | 21,817 | 27,282 | 53,142 | 22,357 | 56,492 | 49,519 | 37,584 | 61,989 |
| Class 2 - Access Point Financial LLC | | | 27,747 | 27,747 | 27,747 | 27,747 | 27,747 | 27,747 | 41,634 | 41,634 | 41,634 | 41,634 | 41,634 | 41,634 |
| Class 6 - Unsecured Deficiency (Minimum Payment) | | | 0 | 0 | 13,862 | 0 | 0 | 13,709 | 0 | 0 | 14,014 | 0 | 0 | 14,014 |
| Class 6 - Unsecured Deficiency (Excess Cash Flow Payment) | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 4 - Admin. Convenience Claims (opt-ins assumed) | | | 0 | 63,007 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Priority Tax Claim - IRS | | | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 |
| Priority Tax Claim - Georgia Department of Revenue | | | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| Priority Tax Claim - City of College Park Tax Claim | | | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 | 610 |
| Priority Tax Claim - Fulton County | | | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 | 520 |
| Admin. Claims (including UST Fees) | 3,000 | | 100,000 | 3,000 | 0 | 3,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cure Claims - Choice Hotels International, Inc. | | | 1,887 | 1,887 | 1,887 | 1,887 | 1,887 | 1,887 | 1,887 | 1,887 | 1,887 | 1,887 | 1,887 | 1,887 |
| Class 3 - Small Business Administration | | | 564 | 564 | 564 | 564 | 564 | 564 | 2,208 | 2,208 | 2,208 | 2,208 | 2,208 | 2,208 |
| PIP Reserve | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cumulative Cash after Debt Service** | 133,958 | 174,217 | 374,296 | 289,216 | 181,648 | 189,993 | 180,224 | 162,211 | 168,237 | 143,478 | 138,840 | 141,243 | 131,711 | 132,569 |
| **PIP Reserve** | | | | | | | | | | | | | | |
| Beginning Balance | 253,949 | 253,949 | 253,949 | 178,949 | 78,949 | 28,949 | 3,949 | 3,949 | 3,949 | 3,949 | 3,949 | 3,949 | 3,949 | 3,949 |
| Contributions | 0 | 0 | 75,000 | 100,000 | 50,000 | 25,000 | | | | | | | | |
| Disbursements | 0 | 0 | | | | | | | | | | | | |
| **Ending Balance** | 253,949 | 253,949 | 178,949 | 78,949 | 28,949 | 3,949 | 3,949 | 3,949 | 3,949 | 3,949 | 3,949 | 3,949 | 3,949 | 3,949 |

YC Atlanta Hotel
Chapter 11 Plan Budget

**Exhibit B**
**Disclosure Statement - Budget**
**YC Atlanta Hotel LLC and YC Fernley Hotel LLC**
**Bankr. N.D. Ga. Case Nos. 21-50964-BEM and 21-52543-BEM**

| | Plan Year 1 TOTAL | Plan Year 2 | Plan Year 3 | Plan Year 4 | Plan Year 5 | Plan Year 6 | Plan Year 7 (6 Mos) |
|---|---|---|---|---|---|---|---|
| RevPAR Growth Rate | | 20% | 15% | 10% | 2% | 2% | 2% |
| | | | Market Recovery | | Stabilization | | |
| **Income** | | | | | | | |
| Rooms | 365 | 365 | 365 | 365 | 365 | 365 | 182 |
| RevPAR | 27.88 | 33.46 | 38.48 | 42.32 | 43.17 | 44.03 | 44.92 |
| 41041000.1 - RM Lodging Sales-Taxable | 2,472,999 | 2,967,599 | 3,412,739 | 3,754,013 | 3,829,093 | 3,905,675 | 1,986,437 |
| 41000.2 - RM Lodging Sales-Non Taxable | 130,158 | 156,189 | 179,618 | 197,580 | 201,531 | 205,562 | 209,673 |
| Total 41000 - RM Lodging Sales | 2,603,157 | 3,123,788 | 3,592,357 | 3,951,592 | 4,030,624 | 4,111,237 | 2,196,110 |
| Room Revenue | 2,604,828 | 3,125,559 | 3,594,393 | 3,953,833 | 4,032,909 | 4,113,568 | 2,198,487 |
| Sales Tax Collected | 513,147 | 615,777 | 708,143 | 778,958 | 794,537 | 810,428 | 412,186 |
| Rent/Lease Income | 170,100 | 170,100 | 170,100 | 170,100 | 170,100 | 170,100 | 170,100 |
| **Total Receipts** | 3,288,075 | 3,911,436 | 4,472,637 | 4,902,890 | 4,997,546 | 5,094,095 | 2,780,773 |
| **Operating Expense** | | 6% | 2% | 2% | 2% | 2% | 2% |
| Room Expense | 811,996 | 868,109 | 952,386 | 1,018,763 | 1,039,048 | 1,059,739 | 559,070 |
| Payroll Expenses | 611,000 | 647,660 | 660,613 | 673,825 | 687,302 | 701,048 | 357,534 |
| Administrative Expenses | 282,359 | 312,837 | 349,560 | 378,112 | 385,674 | 393,388 | 204,651 |
| Repairs and Maintenance | 493,340 | 522,940 | 533,399 | 544,067 | 554,949 | 566,048 | 288,684 |
| Property Tax (Real and Personal - net of Tax Escrow) | 95,000 | 164,300 | 167,586 | 170,938 | 174,356 | 177,844 | 90,700 |
| Insurance Expense | 133,200 | 141,192 | 144,016 | 146,896 | 149,834 | 152,831 | 77,944 |
| **Total Expense** | 2,426,895 | 2,657,038 | 2,807,561 | 2,932,602 | 2,991,164 | 3,050,897 | 1,578,583 |
| Sales and Occupancy Tax | 506,013 | 615,777 | 708,143 | 778,958 | 794,537 | 810,428 | 412,186 |
| **Cash Flow from Operations** | 355,167 | 638,621 | 956,933 | 1,191,331 | 1,211,846 | 1,232,771 | 790,005 |
| Beginning Cash | 174,217 | 132,569 | 176,972 | 220,852 | 309,897 | 409,520 | 521,312 |
| Equity Investment | 300,000 | 100,000 | 0 | 0 | 0 | 0 | 0 |
| Cash from Operations | 355,167 | 638,621 | 956,933 | 1,191,331 | 1,211,846 | 1,232,771 | 790,005 |
| Class 2 - Access Point Financial LLC | 416,290 | 499,610 | 499,610 | 499,610 | 499,610 | 499,610 | 249,805 |
| Class 6 - Unsecured Deficiency (Minimum Payment) | 55,600 | 54,838 | 54,838 | 52,635 | 48,487 | 44,094 | 19,641 |
| Class 6 - Unsecured Deficiency (Excess Cash Flow Payment) | 0 | 0 | 204,778 | 385,438 | 408,246 | 447,166 | 361,032 |
| Class 4 - Admin, Convenience Claims (opt-ins assumed) | 63,007 | 0 | 0 | 0 | 0 | 0 | 0 |
| Priority Tax Claim - IRS | 2,009 | 2,009 | 2,009 | 2,009 | 670 | 0 | 0 |
| Priority Tax Claim - Georgia Department of Revenue | 1,078 | 1,078 | 1,078 | 1,078 | 359 | 0 | 0 |
| Priority Tax Claim - City of College Park Tax Claim | 7,320 | 7,320 | 7,320 | 7,320 | 2,440 | 0 | 0 |
| Priority Tax Claim - Fulton County | 6,237 | 6,237 | 6,237 | 6,237 | 2,079 | 0 | 0 |
| Admin. Claims (including UST Fees) | 106,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cure Claims - Choice Hotels International, Inc. | 22,642 | 22,642 | 22,642 | 22,642 | 22,642 | 0 | 0 |
| Class 3 - Small Business Administration | 16,633 | 6,771 | 6,771 | 6,771 | 6,771 | 6,771 | 3,385 |
| PIP Reserve | 0 | 93,714 | 107,771 | 118,548 | 120,919 | 123,337 | 65,883 |
| **Cumulative Cash after Debt Service** | 132,569 | 176,972 | 220,852 | 309,897 | 409,520 | 521,312 | 611,570 |
| **PIP Reserve** | | | | | | | |
| Beginning Balance | 253,949 | 3,949 | 97,663 | 5,433 | 123,981 | 244,900 | 68,237 |
| Contributions | 0 | 93,714 | 107,771 | 118,548 | 120,919 | 123,337 | 65,883 |
| Disbursements | 250,000 | 0 | 200,000 | 0 | 0 | 300,000 | 0 |
| Ending Balance | 3,949 | 97,663 | 5,433 | 123,981 | 244,900 | 68,237 | 134,120 |