**Exhibit C**
**Disclosure Statement - Liquidation Analysis**
**YC Atlanta Hotel LLC and YC Fernley Hotel LLC**
**Bankr. N.D. Ga. Case Nos. 21-50964-BEM and 21-52543-BEM**

| Assets of Debtors | FMV | Ch. 7 Liquid. Value | Ch. 7 Collection Costs | Secured Claims | Gross to Unsecureds |
|---|---|---|---|---|---|
| Cash and Deposits | $174,217 | N/A | $0 | $174,217 | $0 |
| Accounts Receivable | $239,894 | N/A | $0 | $239,894 | $0 |
| Vehicles | $16,022 | $11,215 | $0 | $0 | $11,215 |
| Hotel - Real Property & FF&E | $7,200,000 | N/A | $0 | $7,200,000 | $0 |
| Reserves with APF | $367,490 | N/A | $0 | $367,490 | $0 |
| Claims Against Affiliates | $244,709 | N/A | $0 | $153,884 | $0 |
| YCF's Membership Interest in YCA | $0 | $0 | $0 | $0 | $0 |
| *Total* | *$8,242,332* | *$11,215* | *$0* | *$8,135,485* | *$11,215* |

| Calculation of Unsecured Claims | Amt. | | |
|---|---|---|---|
| APF Deficiency Claim | $5,096,463 | Ch. 7 Trustee Commission | ($1,871.50) |
| Other Unsecured Claims - Non-Insider/Affiliate | $69,003 | Ch. 7 Trustee Prof. Fees | ($25,000.00) |
| Other Unsecured Claims - Insider/Affiliate | $1,382,616 | Ch. 11 Admin. Expenses | ($100,000.00) |
| Choice Hotels Cure Claim | $110,834 | Priority Claims | ($63,370.69) |
| **Total Potential Unsecured Claims** | **$6,658,916** | **Net Liquidation Value** | **($179,026.79)** |
| | | Unsecured Claims | $6,658,916.50 |
| | | % to Unsecureds | |
| | | Under Ch. 7 | 0.00% |
| | | Under Plan | 100.00% |

Assumption: Chapter 7 Trustee will abandon property that has no equity