IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| YC ATLANTA HOTEL LLC and YC | : | Case No.  21-50964-bem |
| FERNLEY HOTEL LLC, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | Case No.  21-52543-bem |
| | : | |

**DEBTORS' WITNESS LIST FOR EXPEDITED HEARING ON DEBTORS' DISCLOSURE STATEMENT AND FOR EXPEDITED HEARING ON DEBTORS' MOTION TO APPROVE COMPROMISE**

Debtors, pursuant to the *Order Granting Motion to Shorten Time and Notice of Expedited Hearing on Debtors' Disclosure Statement for First Amended and Restated Joint Plan of Reorganization Dated September 8, 2021* (Dkt. 220) and the *Order Granting Motion to Shorten Time and Notice of Expedited Hearing on Debtors' Motion to Approve Compromise* (Dkt. 221) (the "**Orders**"), disclose the following list of Debtors' witnesses for the hearing on Debtors' Disclosure Statement and the hearing on Debtors' Motion to Approve Compromise, which are to both be held on September 28, 2021 at 1:30 p.m. in Courtroom 1402, United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303 (the "**Hearings**"), to be conducted remotely via Zoom in Judge Ellis-Monro's Virtual Hearing Room, pursuant to Rule 43(a) of the Federal Rules of Civil Procedure, made applicable here by Rule 9017 of the Federal Rules of Bankruptcy Procedure (not including witnesses that other parties may make available at the Hearing):

1. **Debtors' "May Call" Witness List:**

    a. Baldev Johal

    b. Balbir Gosal

      c. Jamilette Caraballo

      d. Ranjit Johal

      e. Nachhater Singh

Debtors reserve their right to identify any rebuttal or impeachment witnesses as becomes necessary during the Hearing. Should such rebuttal or impeachment witnesses be identified, Debtors will coordinate with the Court on how and when such witnesses will be called.

Respectfully submitted this 21st day of September, 2021.

**STONE & BAXTER, LLP**
By:

*/s/ David L. Bury, Jr.*
Ward Stone, Jr.
Georgia Bar No. 684630
wstone@stoneandbaxter.com
David L. Bury, Jr.
Georgia Bar No. 133066
dbury@stoneandbaxter.com
Thomas B. Norton
Georgia Bar No. 997178
tnorton@stoneandbaxter.com

577 Mulberry Street, Suite 800
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)

Counsel for the Debtors

G:\CLIENTS\YC Atlanta Hotel, LLC\Plan\Witness and Exhibit List - DS and 9019 Hearings\Witness List (9.21.21).docx

## CERTIFICATE OF SERVICE

This is to certify that on this date I served a copy of the forgoing *Witness List* using the CM/ECF system, which sent a link to the *Witness List* to all CM/ECF parties.

This 21st day of September, 2021.

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066